# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| FELICITY M. TODD VEASEY, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 15:14-cv-00369 |
| BRINDELL B. WILKINS, JR. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs.

Date: 06/25/2014

/s/Camden R. Webb
*Attorney's signature*

Camden R. Webb NC Bar #: 22374
*Printed name and bar number*

Williams Mullen
PO BOX 1000
Raleigh, NC 27602
*Address*

crwebb@williamsmullen.com
*E-mail address*

(919) 981-4000
*Telephone number*

(919) 981-4300
*FAX number*