# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| FELICITY M. VEASEY and ) | |
| SECOND AMENDMENT FOUNDATION, ) | |
| INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| BRINDELL B. WILKINS, JR., in his official ) | |
| Capacity as Sheriff of Granville County, ) | |
| North Carolina, ) | |
| ) | |
| Defendant. ) | |

## F.R.CIV.P. 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF SECOND AMENDMENT FOUNDATION, INC.

Plaintiff SECOND AMENDMENT FOUNDATION, INC., by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares.

Dated: June 25, 2014    Respectfully submitted,

By:     /s/ Camden R. Webb, Esq.
One of the Attorneys for Plaintiffs

| Lead Counsel | Local Civil Rule 83.1 Counsel |
|---|---|
| David G. Sigale, Esq. (#6238103 (IL)) | Camden R. Webb, Esq. (#22374 (NC)) |
| LAW FIRM OF DAVID G. SIGALE, P.C. | WILLIAMS MULLEN |
| 739 Roosevelt Road, Suite 304 | 301 Fayetteville Street, Suite 1700 |
| Glen Ellyn, IL 60137 | Raleigh, NC 27601 |
| Tel: 630.452.4547 | Tel. (919) 981-4000 |
| Fax: 630.596.4445 | Fax. (919) 981-4300 |
| dsigale@sigalelaw.com | crwebb@williamsmullen.com |
| pro hac vice Appearance pending | |

Attorneys for Plaintiffs