# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No.: 5:14-cv-00369 |
| BRINDELL B. WILKINS, JR., in his official Capacity as Sheriff of Granville County, North Carolina, | ) ) ) ) ) |
| Defendant. | ) |

## F.R.CIV.P. 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF FELICITY M. TODD VEASEY

Plaintiff FELICITY M. TODD VEASEY, by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares.

Dated: June 25, 2014                Respectfully submitted,

                                By:      /s/ Camden R. Webb, Esq.
                                        One of the Attorneys for Plaintiffs

Lead Counsel
David G. Sigale, Esq. (#6238103 (IL))
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
Tel: 630.452.4547
Fax: 630.596.4445
dsigale@sigalelaw.com
pro hac vice Appearance pending

Attorneys for Plaintiffs

Local Civil Rule 83.1 Counsel
Camden R. Webb, Esq. (#22374 (NC))
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700 Raleigh, NC 27601 Tel. (919) 981-4000 Fax. (919) 981-4300
crwebb@williamsmullen.com