# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina ▾

| | |
|---|---|
| FELICITY M. TODD VEASEY, et al | ) |
| *Plaintiff* | ) |
| v. | ) |
| BRINDELL B. WILKINS, JR. | ) |
| *Defendant* | ) |

Case No.   5:14-cv-369-BO

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC.     .

Date:     06/27/2014

/s/ David G. Sigale
*Attorney's signature*

David G. Sigale (#6238103 (IL))
*Printed name and bar number*

LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137

*Address*

dsigale@sigalelaw.com
*E-mail address*

(630) 452-4547
*Telephone number*

(630) 596-4445
*FAX number*