IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FELICITY M. TODD VEASEY and<br>SECOND AMENDMENT FOUNDATION,<br>INC.,<br><br>    Plaintiffs,<br><br>BRINDELL B. WILKINS, JR., in his official<br>Capacity as Sheriff of Granville County,<br>North Carolina,<br><br>    Defendant. | Case No. 5:14-cv-00369-BO |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendant, Brindell B. Wilkins, Jr., in his official capacity as Sheriff of Granville County, North Carolina.

This the 22nd day of July, 2014.

                                        /s/ James C. Wrenn, Jr.
                                      James C. Wrenn, Jr.
                                      NC State Bar No. 29528
                                      HOPPER HICKS & WRENN, PLLC
                                      111 Gilliam Street
                                      Oxford, NC 27565
                                      Tel: (919) 693-8161
                                      Fax: (919) 693-9938
                                      jcw@hopperhickswrenn.com
                                      *Attorneys for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2014, the foregoing *Appearance of Counsel* was filed electronically and served via U.S. Mail on the counsel for interested parties listed below. Notice of this filing will also be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| David G. Sigale, Esq.<br>Law Firm of David G. Sigale, P.C.<br>739 Roosevelt Road, Suite 304<br>Glen Ellyn, IL 60137 | Camden R. Webb, Esq.<br>Williams Mullen<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC 27601 |

/s/ James C. Wrenn, Jr.
James C. Wrenn, Jr.