IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FELICITY M. TODD VEASEY and )
SECOND AMENDMENT FOUNDATION, )
INC., )
 )
 )
      Plaintiffs, )
 ) Case No. 5:14-cv-00369-BO
BRINDELL B. WILKINS, JR., in his official )
Capacity as Sheriff of Granville County, )
North Carolina, )
 )
      Defendant. )

## ACCEPTANCE OF SERVICE

NOW COMES, James C. Wrenn, Jr., Esquire, of the law firm of Hopper Hicks & Wrenn, PLLC, and hereby acknowledges that he has been given authority by the defendant to accept service of the Summons and Complaint for Declaratory and Injunctive Relief ("Complaint") in the above-captioned civil action on his behalf, and further acknowledges receipt of and accepts service of the Summons and Complaint on July 22, 2014, and further waives any objection or defense based on insufficiency of process or service of process under the Federal Rules of Civil Procedure.

This the 22nd day of July, 2014.

                                  /s/ James C. Wrenn, Jr.
                                  James C. Wrenn, Jr.
                                  NC State Bar No. 29528
                                  HOPPER HICKS & WRENN, PLLC
                                  111 Gilliam Street
                                  Oxford, NC 27565
                                  Tel: (919) 693-8161
                                  Fax: (919) 693-9938
                                  jcw@hopperhickswrenn.com
                                  *Attorneys for Defendant*

NORTH CAROLINA

GRANVILLE COUNTY

{Notary Seal must be affixed}

Signature of Notary *Amy E. Erwin*
My Commission Expires: 1/9/18

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2014, the foregoing *Acceptance of Service* was filed electronically and served via U.S. Mail on the counsel for interested parties listed below. Notice of this filing will also be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| David G. Sigale, Esq.<br>Law Firm of David G. Sigale, P.C.<br>739 Roosevelt Road, Suite 304<br>Glen Ellyn, IL 60137 | Camden R. Webb, Esq.<br>Williams Mullen<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC 27601 |

/s/ James C. Wrenn, Jr.
James C. Wrenn, Jr.