IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:14-cv-00369-BO

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) **MOTION FOR EXTENSION OF**<br>) **TIME TO ANSWER OR** |
| BRINDELL B. WILKINS, JR., in his official Capacity as Sheriff of Granville County, North Carolina, | ) **OTHERWISE RESPOND**<br>)<br>) |
| Defendant. | )<br>) |

**NOW COMES** Defendant, Brindell B. Wilkins, Jr., in his official capacity as Sheriff of Granville County, North Carolina (hereafter, "Defendant"), through undersigned counsel of record, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and moves the Court for a twenty-day extension of time, up to and including the 25th day of August, 2014, to serve an Answer or other response to Plaintiff's Complaint. In support of this motion, Defendant shows unto the following:

1. Defendant acknowledged receipt of and accepted service of the Summons and Complaint on July 22, 2014, making Defendant's Answer or other responsive pleading due on or before August 12, 2014.

2. Counsel for the Defendant needs additional time to prepare an Answer or otherwise respond to the Complaint.

3. The parties have had settlement discussions and Defendant's counsel believes the matter likely will be resolved before August 25, 2014.

{A0107338.DOCX}

4. Defendant's time to answer or otherwise respond to the Complaint has not yet expired.

5. Defendant has not sought any previous extensions of time in this case.

6. Counsel for Plaintiff has consented to this extension.

7. No party will be prejudiced by defendant having up to and including August 25, 2014 to file a responsive pleading.

**WHEREFORE**, Defendant moves the Court for an extension of time, up to and including August 25, 2014, in which to serve an Answer or other response to Plaintiff's Complaint.

This the 8th day of August, 2014.

/s/ James C. Wrenn, Jr.
James C. Wrenn, Jr.
NC State Bar No. 29528
HOPPER HICKS & WRENN, PLLC
111 Gilliam Street
Oxford, NC 27565
Tel: (919) 693-8161
Fax: (919) 693-9938
jcw@hopperhickswrenn.com
*Attorney for Defendant*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 8, 2014, the foregoing *Motion for Extension of Time to Answer or Otherwise Respond* was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

| David G. Sigale, Esq.<br>Law Firm of David G. Sigale, P.C.<br>739 Roosevelt Road, Suite 304<br>Glen Ellyn, IL  60137 | Camden R. Webb, Esq.<br>Williams Mullen<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC  27601 |
|---|---|

/s/ James C. Wrenn, Jr.
James C. Wrenn, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:14-cv-00369-BO

FELICITY M. TODD VEASEY and )
SECOND AMENDMENT FOUNDATION, )
INC., )
                               )
        Plaintiffs, )
                               )        **ORDER**
BRINDELL B. WILKINS, JR., in his official )
Capacity as Sheriff of Granville County, )
North Carolina, )
                               )
        Defendant. )

TO:   THE HONORABLE CLERK OF SAID COURT

Upon motion of herein named Defendant, through counsel and for good cause shown, it is ORDERED that Defendant be allowed up to including 25 August 2014 in which to serve an Answer or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

THIS the ___ day of August, 2014.

_____
Clerk of Court