IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| FELICITY M. VEASEY and<br>SECOND AMENDMENT FOUNDATION,<br>INC., | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Case No. 5:14-CV-369-BO |
| BRINDELL B. WILKINS, JR., in his official<br>Capacity as Sheriff of Granville County,<br>North Carolina, | )<br>)<br>)<br>) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the law firm of LAW FIRM OF DAVID G. SIGALE, P.C. has changed offices. The firm's new address is:

**799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137**

All correspondence should be sent to the new address effective immediately. The firm's phone and fax numbers remain 630.452.4547 and 630.596.4445, respectively.

/s/ David G. Sigale
One of the Attorneys for Plaintiff

The undersigned certifies that:

1. On August 20, 2014, the Plaintiff electronically filed this Notice of Change of Address with the District Court Clerk *via* CM/ECF filing system;

2. Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

/s/ David G. Sigale
One of the Attorneys for Plaintiff

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547/Fax 630.596.4445
dsigale@sigalelaw.com