IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:14-cv-00369-BO

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRINDELL B. WILKINS, JR., in his official Capacity as Sheriff of Granville County, North Carolina, <br><br> Defendant. | **CONSENT MOTION FOR EXTENSION OF TIME** |

Defendant Brindell B. Wilkins, Jr., in his official capacity as Sheriff of Granville County, North Carolina (hereafter, "Defendant"), by and through counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby respectfully moves the Court for a thirty-day extension of time, up to and including September 24, 2014, within which to serve an Answer or other response to Plaintiffs' Complaint. In support of this motion, Defendant shows the Court the following:

1. Defendant acknowledged receipt of and accepted service of the Summons and Complaint on July 22, 2014, making Defendant's Answer or other responsive pleading originally due on or before August 12, 2014.

2. Defendant filed a motion for extension of time to answer or otherwise respond on August 8, 2014.

3. The above motion was granted on August 8, 2014, making Defendant's Answer or other responsive pleading due on or before August 25, 2014.

{A0107733.DOCX}

4.      The parties have continued to engage in productive settlement discussions and additional time is needed to see if the matter can be resolved.

5.      Defendant recently engaged Andrew H. Erteschik as outside counsel and he will be on secure leave during the weeks of August 18, 2014 to August 22, 2014 and August 25, 2014 to August 29, 2014.

6.      Defendant's time to answer or otherwise respond to the Complaint has not yet expired.

7.      Plaintiffs' counsel consents to this motion for extension of time.

**WHEREFORE**, Defendant, with the consent of Plaintiffs, moves the Court for an extension of time, up to and including September 24, 2014, in which to serve an Answer or other response to Plaintiffs' Complaint.

This the 25nd day of August, 2014.

/s/ James C. Wrenn, Jr.
James C. Wrenn, Jr.
NC State Bar No. 29528
HOPPER HICKS & WRENN, PLLC
111 Gilliam Street
Oxford, NC  27565
Tel:  (919) 693-8161
Fax: (919) 693-9938
jcw@hopperhickswrenn.com
*Attorney for Defendant*


/s/ Andrew H. Erteshick
Andrew H. Erteshick
NC State Bar No. 35269
POYNER SPRUILL LLP
P.O. Box 1801
Raleigh, NC 27602-1801
Tel:  (919) 783-6400
Fax: (919) 783-1075
aerteschik@poynerspruill.com
*Attorney for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 25, 2014, the foregoing *Consent Motion for Extension of Time* was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| David G. Sigale, Esq.<br>Law Firm of David G. Sigale, P.C.<br>739 Roosevelt Road, Suite 304<br>Glen Ellyn, IL  60137 | Camden R. Webb, Esq.<br>Williams Mullen<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC  27601 |

/s/ James C. Wrenn, Jr.
James C. Wrenn, Jr.
NC State Bar No. 29528
HOPPER HICKS & WRENN, PLLC
111 Gilliam Street
Oxford, NC  27565
Tel:  (919) 693-8161
Fax: (919) 693-9938
jcw@hopperhickswrenn.com
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:14-cv-00369-BO

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC., | )<br>)<br>)<br>) |
| Plaintiffs, | )     **ORDER** |
| | ) |
| BRINDELL B. WILKINS, JR., in his official Capacity as Sheriff of Granville County, North Carolina, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

TO: THE HONORABLE CLERK OF SAID COURT

Defendant Brindell B. Wilkins, Jr., in his official capacity as Sheriff of Granville County, North Carolina (hereafter, "Defendant") moves for an extension of time to respond to Plaintiffs' Complaint.

For good cause shown, Defendant's motion is GRANTED. Defendant's response to Plaintiffs' Complaint is extended by thirty-days, up to and including September 24, 2014.

THIS the ___ day of August, 2014.

_____
Clerk of Court