**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-cv-00369-BO**

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC., <br>    Plaintiffs, <br><br>v. <br><br>BRINDELL B. WILKINS, JR., in his official capacity as Sheriff of Granville County, North Carolina <br><br>    Defendant. | **NOTICE OF APPEARANCE** |

  Andrew H. Erteschik hereby gives notice of his appearance as counsel for the Defendant in the above-captioned case, along with James C. Wrenn, Jr. of Hopper, Hicks & Wrenn, PLLC. All pleadings, motions, notices, correspondence, and other papers relating to the above-named Defendant in this action should be sent to the attention of Mr. Erteschik at the address below.

  This the 24th day of September, 2014.

                   **POYNER SPRUILL LLP**

              By: s/ Andrew H. Erteschik
                 Andrew H. Erteschik
                 N.C. State Bar No. 35269
                 aerteschik@poyners.com
                 P.O. Box 1801
                 Raleigh, NC  27602-1801
                 Telephone: 919.783.2895
                 Facsimile:  919.783.1075

                 ATTORNEYS FOR DEFENDANTS

# CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

      David G. Sigale
      Law Firm of David G. Sigale, P.C.
      739 Roosevelt Road, Suite 304
      Glen Ellyn, IL 60137
      dsigale@sigalelaw.com

      Camden R. Webb
      Williams Mullen
      301 Fayetteville Street, Suite 1700
      Raleigh, NC 27601
      crwebb@williamsmullen.com

This the 24th day of September, 2014.

      s/ Andrew H. Erteschik
      Andrew H. Erteschik