**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
Case No. 5:14-cv-00369-BO

FELICITY M. TODD VEASEY, et al. )
Plaintiff(s), )
)
vs )
)
BRINDELL B. WILKINS, JR. )
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

BRINDELL B. WILKINS, JR. who is Defendant,
(name of party)         (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ◯           NO ⦿

2. Does party have any parent corporations?

   YES ◯           NO ⦿

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
N/A

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ◯           NO ⦿

If yes, identify all such owners:
N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES ◯      NO ⬤

If yes, identify entity and nature of interest:
N/A

5. Is party a trade association?

    YES ◯      NO ⬤

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:
N/A

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:
N/A

Signature: s/ Andrew H. Erteschik

Date: September 24, 2014

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

>David G. Sigale
>Law Firm of David G. Sigale, P.C.
>739 Roosevelt Road, Suite 304
>Glen Ellyn, IL 60137
>dsigale@sigalelaw.com
>
>Camden R. Webb
>Williams Mullen
>301 Fayetteville Street, Suite 1700
>Raleigh, NC 27601
>crwebb@williamsmullen.com

This the 24th day of September, 2014.

>s/ Andrew H. Erteschik
>Andrew H. Erteschik