IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-cv-00369-BO

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRINDELL B. WILKINS, JR., in his official capacity as Sheriff of Granville County, North Carolina <br><br> Defendant. | **DEFENDANT'S MOTION TO DISMISS** |

NOW COMES Defendant Brindell B. Wilkins, Jr. ("Sheriff Wilkins"), pursuant to Rules 12(b)(6) and 12(b)(7) of the Federal Rules of Civil Procedure and Local Civil Rule 7.3, and respectfully moves the Court for an Order dismissing the Complaint of Plaintiffs Felicity M. Todd Veasey and the Second Amendment Foundation, Inc. In connection with the instant Motion, Sheriff Wilkins is contemporaneously filing a Memorandum of Law.

Respectfully submitted the 24th day of September, 2014.

**HOPPER HICKS & WRENN, PLLC**

By: s/ James C. Wrenn, Jr.
James C. Wrenn, Jr.
Granville County Attorney
N.C. State Bar No. 29528
jcw@hopperhickswrenn.com
111 Gilliam Street
Oxford, NC 27565
Telephone: 919.693.8161
Facsimile: 919.693.9938

COUNSEL FOR DEFENDANT

**POYNER SPRUILL LLP**

By: s/ Andrew H. Erteschik
Andrew H. Erteschik
N.C. State Bar No. 35269
aerteschik@poyners.com
P.O. Box 1801
Raleigh, NC 27602-1801
Telephone: 919.783.2895
Facsimile: 919.783.1075

ATTORNEYS FOR DEFENDANTS

# CERTIFICATE OF SERVICE

   I hereby certify that I have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

     David G. Sigale
     Law Firm of David G. Sigale, P.C.
     739 Roosevelt Road, Suite 304
     Glen Ellyn, IL 60137
     dsigale@sigalelaw.com

     Camden R. Webb
     Williams Mullen
     301 Fayetteville Street, Suite 1700
     Raleigh, NC 27601
     crwebb@williamsmullen.com

This the 24th day of September, 2014.

               s/Andrew H. Erteschik
               Andrew H. Erteschik