# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| FELICITY M. VEASEY and <br> SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRINDELL B. WILKINS, JR., in his official Capacity as Sheriff of Granville County, North Carolina, <br><br> Defendant. | Case No. 5:14-CV-369-BO |

## **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

COME NOW the Plaintiffs, FELICITY M. VEASEY and SECOND AMENDMENT FOUNDATION, INC., by and through undersigned counsel, and move for the entry of an order:

1. Preliminarily enjoining Defendant, his officers, agents, servants, employees, and all persons in active concert or participation with him who receives actual notice of the injunction, from enforcing from enforcing the United States citizenship requirement of N.C.G.S. § 14-415.12(a)(1) against the Plaintiffs and/or their members;

2. Preliminarily enjoining Defendant, his officers, agents, servants, employees, and all persons in active concert or participation with him who receives actual notice of the injunction, from enforcing any other sections of the North

Carolina General Statutes which restrict lawfully admitted aliens, including Plaintiffs and their members, firearms rights and privileges based on citizenship.

3. A Memorandum in Support of this Motion will be filed at or near the time of the filing of this Motion.


Dated: October 10, 2014              Respectfully submitted,


                                     By:      /s/ David G. Sigale
                                           David G. Sigale

                                     One of the Attorneys for Plaintiffs


Lead Counsel                                Local Civil Rule 83.1 Counsel
David G. Sigale, Esq. (#6238103 (IL))       Camden R. Webb, Esq. (#22374 (NC))
LAW FIRM OF DAVID G. SIGALE, P.C.           WILLIAMS MULLEN
799 Roosevelt Road, Suite 207               301 Fayetteville Street, Suite 1700
Glen Ellyn, IL 60137                        Raleigh, NC 27601
Tel: 630.452.4547                           Tel. (919) 981-4000
Fax: 630.596.4445                           Fax. (919) 981-4300
dsigale@sigalelaw.com                       crwebb@williamsmullen.com
Admitted *pro hac vice*

Attorneys for Plaintiffs