IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:14-cv-00369-BO

| | | |
|---|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | **MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |
| BRINDELL B. WILKINS, JR., in his official Capacity as Sheriff of Granville County, North Carolina, | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff, by their attorneys, respectfully move this Court for an enlargement of time to respond to Defendant Brindell B. Wilkins, Jr.'s Motion to Dismiss.   In support of its motion, Plaintiffs show unto the Court the following:

1.      On September 24, 2014, Defendant Brindell B. Wilkins, Jr. filed its Motion to Dismiss [D.E. 15].

2.      The time for serving responses and defensive pleadings has not expired and a response is currently due from Plaintiffs on or about October 20, 2014.

3.      Additional days are needed to prepare responses and defensive pleadings.

4.      Counsel for the Plaintiffs has consulted with counsel for Defendant who consents to the extension requested herein.

5.      This Motion is made in good faith and not for purposes of undue delay.

WHEREFORE, Plaintiff respectfully requests the Court for an Order permitting it an additional fourteen (14) days within which to file a brief responding to Defendant's Motion to Dismiss to and including November 3, 2014. A proposed Order is attached.

26659025_1

Respectfully submitted this the 20th day of October, 2014.


WILLIAMS MULLEN


BY: /s/*Camden R. Webb*
Camden R. Webb
N.C. State Bar No. 22374
crwebb@williamsmullen.com
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
P.O. Box 1000
Raleigh, NC 27602
Telephone (919) 981-4000
Facsimile (919) 981-4300
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2014, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notification of such filing to the following:

James C. Wrenn, Jr. – jcw@hopperhickswrenn.com

Andrew H. Erteschik – aerteschik@poyners.com

David G. Sigale – dsigale@sigalelaw.com

WILLIAMS MULLEN

BY: /s/*Camden R. Webb*
Camden R. Webb
N.C. State Bar No. 22374
crwebb@williamsmullen.com
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
P.O. Box 1000
Raleigh, NC 27602
Telephone (919) 981-4000
Facsimile (919) 981-4300
*Attorneys for Plaintiffs*