# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| FELICITY M. VEASEY and <br> SECOND AMENDMENT FOUNDATION, INC., <br>     Plaintiffs, <br><br> v. <br><br> BRINDELL B. WILKINS, JR., in his official Capacity as Sheriff of Granville County, North Carolina, <br><br>     Defendant. | Case No. 5:14-CV-369-BO |

## PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY INJUNCTION

COME NOW the Plaintiffs, FELICITY M. VEASEY and SECOND AMENDMENT FOUNDATION, INC., by and through undersigned counsel, and move for the entry of an order:

1. Preliminarily enjoining Defendant, his officers, agents, servants, employees, and all persons in active concert or participation with him who receives actual notice of the injunction, from enforcing from enforcing the United States citizenship requirement of N.C.G.S. § 14-415.12(a)(1) against the Plaintiffs and/or their members;

2. Preliminarily enjoining Defendant, his officers, agents, servants, employees, and all persons in active concert or participation with him who receives actual notice of the injunction, from enforcing any other sections of the North

Carolina General Statutes which restrict lawfully admitted aliens, including Plaintiffs and their members, firearms rights and privileges based on citizenship.

3. A Memorandum in Support of this Motion will be filed at or near the time of the filing of this Motion. This Motion was originally filed in anticipation of filing said Memorandum, but Plaintiffs were unable to do so at that time due to an unanticipated conflict in coordinating the completion of an exhibit thereto. That has been corrected, and the Memorandum is now filed simultaneously to this Amended Motion.


Dated: November 5, 2014  Respectfully submitted,


By:  /s/ David G. Sigale
   David G. Sigale

   One of the Attorneys for Plaintiffs


| Lead Counsel | Local Civil Rule 83.1 Counsel |
|---|---|
| David G. Sigale, Esq. (#6238103 (IL)) | Camden R. Webb, Esq. (#22374 (NC)) |
| LAW FIRM OF DAVID G. SIGALE, P.C. | WILLIAMS MULLEN |
| 799 Roosevelt Road, Suite 207 | 301 Fayetteville Street, Suite 1700 |
| Glen Ellyn, IL 60137 | Raleigh, NC 27601 |
| Tel: 630.452.4547 | Tel. (919) 981-4000 |
| Fax: 630.596.4445 | Fax. (919) 981-4300 |
| dsigale@sigalelaw.com | crwebb@williamsmullen.com |
| Admitted *pro hac vice* | |

Attorneys for Plaintiffs