IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-cv-00369-BO

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC., <br> Plaintiffs, <br><br> v. <br><br> BRINDELL B. WILKINS, JR., in his official capacity as Sheriff of Granville County, North Carolina <br><br> Defendant. | **MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY INJUNCTION** |

Defendant Brindell B. Wilkins, Jr. ("Sheriff Wilkins") responds to Plaintiffs' Amended Motion for Preliminary Injunction by incorporating the arguments made in his Memorandum of Law in Support of his Motion to Dismiss [DE 15] and Reply in Support of his Motion to Dismiss [DE 25]. Those arguments are incorporated as if expressly set forth herein.

For those reasons, Plaintiffs cannot make the requisite "clear showing" that they are likely to succeed on the merits because this action should be dismissed as a matter of law. *Winter v. Natural Res. Def. Council. Inc.*, 555 U.S. 7, 20 (2008). This is particularly true given that Plaintiffs seek a mandatory preliminary injunction, which is subject to an even stricter standard than a preliminary injunction that merely preserves the status quo. *E. Tenn. Nat. Gas Co. v. Sage*, 361 F.3d 808, 828 (4th Cir. 2004).

For these reasons, Sheriff Wilkins respectfully requests that the Court deny Plaintiffs' Amended Motion for Preliminary Injunction.

Respectfully submitted the 14th day of November, 2014.

| | |
|---|---|
| **HOPPER HICKS & WRENN, PLLC** | **POYNER SPRUILL LLP** |
| By: s/ James C. Wrenn, Jr.<br>James C. Wrenn, Jr.<br>Granville County Attorney<br>N.C. State Bar No. 29528<br>jcw@hopperhickswrenn.com<br>111 Gilliam Street<br>Oxford, NC 27565<br>Telephone: 919.693.8161<br>Facsimile: 919.693.9938<br><br>**COUNSEL FOR DEFENDANT** | By: s/ Andrew H. Erteschik<br>Andrew H. Erteschik<br>N.C. State Bar No. 35269<br>aerteschik@poyners.com<br>P.O. Box 1801<br>Raleigh, NC 27602-1801<br>Telephone: 919.783.2895<br>Facsimile: 919.783.1075<br><br>**COUNSEL FOR DEFENDANT** |

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

>David G. Sigale
>Law Firm of David G. Sigale, P.C.
>739 Roosevelt Road, Suite 304
>Glen Ellyn, IL 60137
>dsigale@sigalelaw.com
>
>Camden R. Webb
>Williams Mullen
>301 Fayetteville Street, Suite 1700
>Raleigh, NC 27601
>crwebb@williamsmullen.com

This the 14th day of November, 2014.

>s/Andrew H. Erteschik
>Andrew H. Erteschik