# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

Felicity M. Todd Veasey, et al,
          Plaintiffs,

v.                                        **NOTICE OF HEARING**
                                          5:14-CV-369-BO

Sheriff Brindell B. Wilkins, Jr.,
          Defendant.

TYPE OF CASE:

                    __X__ Civil          ___ Criminal


__X__ TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| **DATE AND TIME**: | **TYPE OF PROCEEDING**: |
|---|---|
| Tuesday, January 20, 2015<br>10:00 a.m. | Motion Hearing |

| **LOCATION OF HEARING**: |
|---|
| Terry Sanford Federal Building<br>310 New Bern Avenue<br>Raleigh, NC 27601<br><br>Courtroom: Seventh Floor, Courtroom 2 |


                              JULIE A. RICHARDS
                              Clerk of Court

 1/5/2015                      /s/ Macy Fisher
Date                          By: Deputy Clerk