===============================================================================
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
===============================================================================

Felicity M. Todd Veasey, et al
       Plaintiffs,

v.                                                   **NOTICE OF HEARING**
                                                      5:14-CV-369-BO

Sheriff Brindell B. Wilkins, Jr.,
       Defendant.

---

TYPE OF CASE:

                            X   Civil                    ___  Criminal

---

 X   TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| **DATE AND TIME**: | **TYPE OF PROCEEDING**: |
|---|---|
| Thursday, January 22, 2015<br>10:00 a.m. | Motion Hearing |

| **LOCATION OF HEARING**: |
|---|
| Terry Sanford Federal Building<br>310 New Bern Avenue<br>Raleigh, NC   27601<br><br>Courtroom: Seventh Floor, Courtroom 2 |

                                                                                   JULIE A. RICHARDS
                                                                                   Clerk of Court

1/7/2015                                                          /s/ Macy Fisher
Date                                                               By: Deputy Clerk