IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:14-cv-00369-BO

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRINDELL B. WILKINS, JR., in his official Capacity as Sheriff of Granville County, North Carolina, PAT McCRORY, in his Official Capacity as Governor of North Carolina, ROY COOPER, in his Official Capacity as Attorney General of North Carolina, and FRANK L. PERRY, in his Official Capacity as Secretary of the North Carolina Department of Public Safety, <br><br> Defendants. | **AFFIDAVIT OF SERVICE** |

Lisa M. Katz, being first duly sworn, deposes and says:

1. I am a citizen and resident of the State of North Carolina, am above the age of twenty-one (21) years, and am not subject to any legal disabilities. I make the following statements on my own personal knowledge. I am a paralegal for the law firm representing the plaintiffs in this matter.

2. The Summons and Amended Complaint in the above-referenced civil action were deposited in Raleigh, North Carolina for mailing by certified mail, return receipt requested as authorized under 26 U.S.C. § 7502(c)(2) and N.C. Gen. Stat. § 1A-1, Rule 4, on February 18, 2015 addressed to the Defendant Pat McCrory, in his Official Capacity, at the Office of the Governor, 20301 Mail Service Center, Raleigh, NC 27699.

3. The Summons and Amended Complaint were in fact received by **Defendant Pat McCrory, in his Official Capacity,** on February 20, 2015, as evidenced by the attached return receipt. A genuine copy of the return receipt is attached hereto as Exhibit A.

4. The Summons and Amended Complaint in the above-referenced civil action were deposited in Raleigh, North Carolina for mailing by certified mail, return receipt requested as authorized under 26 U.S.C. § 7502(c)(2) and N.C. Gen. Stat. § 1A-1, Rule 4, on February 18, 2015 addressed to the Defendant Frank L. Perry, in his Official Capacity as Secretary of the North Carolina Department of Public Safety, at 4201 Mail Service Center, Raleigh, NC 27699.

5. The Summons and Amended Complaint were in fact received by **Defendant Frank L. Perry, in his Official Capacity as Secretary of the North Carolina Department of Public Safety,** on February 20, 2015, as evidenced by the attached return receipt. A genuine copy of the return receipt is attached hereto as Exhibit B.

6. The Summons and Amended Complaint in the above-referenced civil action were deposited in Raleigh, North Carolina for mailing by certified mail, return receipt requested as authorized under 26 U.S.C. § 7502(c)(2) and N.C. Gen. Stat. § 1A-1, Rule 4, on February 18, 2015 addressed to the Defendant Roy Cooper, in his Official Capacity, at the Attorney General's Office, 9001 Mail Service Center, Raleigh, NC 27699.

7. The Summons and Amended Complaint were in fact received by **Defendant Roy Cooper, in his Official Capacity,** on February 23, 2015, as evidenced by the attached return receipt. A genuine copy of the return receipt is attached hereto as Exhibit C.

Further Affiant sayeth not.

This, the 2nd day of March, 2015.

_____
Lisa M. Katz

Sworn to and subscribed before me this
the 2nd day of March, 2015.

_Melissa T. Hill_
Notary Public

MELISSA T HILL
NOTARY PUBLIC
WAKE COUNTY, NC
My Commission Expires 7-16-2019

_Melissa T. Hill_
Printed

My Commission expires:

7/16/2019
(Notarial stamp or seal)

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James C. Wrenn, Jr. – jcw@hopperhickswrenn.com

Andrew H. Erteschik – aerteschik@poynerspruill.com

David G. Sigale – dsigale@sigalelaw.com

WILLIAMS MULLEN

BY: /s/*Camden R. Webb*
Camden R. Webb
N.C. State Bar No. 22374
crwebb@williamsmullen.com
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
P.O. Box 1000
Raleigh, NC 27602
Telephone (919) 981-4000
Facsimile (919) 981-4300
*Attorneys for Plaintiffs*