IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:14-cv-369

| | |
|---|---|
| FELICITY M. TODD VEASEY<br>AND SECOND AMENDMENT<br>FOUNDATION, INC.<br>    Plaintiffs<br><br>    v.<br><br>BRINDELL B. WILKINS, JR., in his<br>Official capacity as Sheriff of Granville<br>County, North Carolina,<br>PAT MCCRORY, in his official<br>Capacity as Governor of North Carolina,<br>ROY COOPER, in his official capacity<br>As Attorney General of North Carolina,<br>And FRANK L. PERRY, in his official<br>Capacity as Secretary of the North<br>Carolina Department of Public Safety.<br>    Defendants | NOTICE OF APPEARANCE |

NOW COMES, Defendants Pat McCrory, Roy Cooper, and Frank L. Perry, by and through counsel, Hal F. Askins, Special Deputy Attorney General, and J. Joy Strickland, Assistant Attorney General, and shows the Court that:

In response to the Notice to Counsel entered on March 13, 2015, the undersigned hereby gives notice that they are now the counsels of record for Defendants McCrory, Cooper, and Perry, in the above-captioned case. Please forward all future legal documents and correspondence in this contested case to the undersigned attorneys.

Respectfully submitted, this the 19th day of March, 2015.

Roy Cooper
ATTORNEY GENERAL

*/s/Hal F. Askins*
Hal F. Askins
Special Deputy Attorney General
North Carolina Department of Justice
P. O. Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6725
Facsimile: (919) 716-6760
Email: haskins@ncdoj.gov
N.C. Bar No: 9681


*/s/ J. Joy Strickland*
J. Joy Strickland
Assistant Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6725
Facsimile: (91) 716-6552
Email: jstrickland@ncdoj.gov
State Bar No. 25695

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system, and served a copy on the following by depositing same in the United States mail, postage prepared, addressed to:

David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road
Suite 304301
Glen Ellyn, Il 60137
*Attorney for Plaintiffs*

Camden R. Webb, Esq.
Williams Mullen
301 Fayetteville Street, Suite 1700
Raleigh, North Carolina 27601
*Attorney for Plaintiffs*

James C. Wrenn, Jr.
Hopper Hicks & Wrenn, PLLC
111 Gilliam Street
Oxford, North Carolina 27565
*Attorney for Defendant Wilkins*

Andrew H. Erteschik
Poyner Spruill, LLP
Post Office Box 1801
Raleigh, North Carolina 27602
*Attorney for Defendant Wilkins*

This the 19th day of March, 2015.

> */s/ J. Joy Strickland*
> J. Joy Strickland
> Assistant Attorney General