✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NORTH CAROLINA__

**Felicity M. Todd Veasey, et al.**
V.
**Sheriff Brindell B. Wilkins, Jr. et al.**

NOTICE

CASE NUMBER: **5:14-CV-369-BO**

TYPE OF CASE:

X   **CIVIL**      **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| **Terry Sanford Federal Building** <br> **310 New Bern Ave.** <br> **Raleigh, NC** | 7th Floor - Courtroom 2 |
| | DATE AND TIME <br> 4/16/2015 @ 2:00 p.m. |

TYPE OF PROCEEDING

**Amended Motion for Preliminary Injunction**

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

Julie A. Richards, Clerk of Court
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

3/25/2015
DATE

*(signature)*
(BY) DEPUTY CLERK

TO:  Judge Boyle' Chambers
     Counsel of Record via CM/ECF