IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:14-cv-00369-BO

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRINDELL B. WILKINS, JR., in his official Capacity as Sheriff of Granville County, North Carolina, PAT McCRORY, in his Official Capacity as Governor of North Carolina, ROY COOPER, in his Official Capacity as Attorney General of North Carolina, and FRANK L. PERRY, in his Official Capacity as Secretary of the North Carolina Department of Public Safety, <br><br> Defendants. | **ORDER GRANTING EXTENSION OF TIME** |

This matter is before the Court upon Plaintiffs' Motion for Extension of Time to Respond to Defendants' Pat McCrory, Roy Cooper and Frank L. Perry's Motion to Dismiss.

For good cause shown, IT IS ORDERED that the Plaintiffs shall have until May 8, 2015 to file a response to Defendants' Pat McCrory, Roy Cooper and Frank L. Perry's Motion to Dismiss.

This 29 day of April, 2015.

*Terrence Boyle*
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NORTH CAROLINA

28029423_1