# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

FELICITY M. TODD VEASEY and
SECOND AMENDMENT
FOUNDATION, INC.,

        Plaintiffs,

    v.

BRINDELL B. WILKINS, JR., in his
official capacity as Sheriff of Granville
County, North Carolina,
PAT McCRORY, in his official capacity
as Governor of North Carolina,
ROY COOPER, in his official capacity
as Attorney General of North Carolina,
and FRANK L. PERRY, in his official
capacity as Secretary of the North
Carolina Department of Public Safety,

        Defendants.

No. 5:14-cv-00369-BO

---

KIRSTEN MESSMER,

        Plaintiff,

    v.

DONNIE HARRISON, in his Official Capacity
as Sheriff of Wake County, North Carolina,
PAT McCRORY, in his Official Capacity as
Governor of North Carolina, ROY COOPER, in
his Official Capacity as Attorney General of
North Carolina, and FRANK L. PERRY, in his
Official Capacity as Secretary of the North
Carolina Department of Public Safety,

        Defendants.

No. 5:15-cv-00097-BO

## SHERIFF BRINDELL B. WILKINS, JR.'S AND SHERIFF DONNIE HARRISON'S UNOPPOSED RULE 54(B) MOTIONS TO AMEND PRELIMINARY INJUNCTIONS

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, Defendants Brindell B. Wilkins, Jr. and Donnie Harrison ("the Sheriffs") respectfully request that the Court amend its April 24, 2015 preliminary injunction orders (No. 5:14-cv-00369-BO, DE 46 at 5; No. 5:15-cv-00097-BO DE 24 at 5) to remove the term "lawfully admitted aliens" and replace it with the term "lawful permanent resident aliens."

No other party opposes the motion. However, pursuant to the requirements of Local Rule 7.1(d), the Sheriffs are submitting a memorandum in support of the motion.

Respectfully submitted the 8th day of May, 2015.

**POYNER SPRUILL LLP**

By:  s/ Andrew H. Erteschik
Andrew H. Erteschik
N.C. State Bar No. 35269
aerteschik@poynerspruill.com
P.O. Box 1801
Raleigh, NC  27602-1801
Telephone: 919.783.2895
Facsimile:  919.783.1075

**COUNSEL FOR SHERIFF BRINDELL B. WILKINS, JR. AND SHERIFF DONNIE HARRISON**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

Camden R. Webb
Williams Mullen
301 Fayetteville St., Suite 1700
P. O. Box 1000
Raleigh, NC 27601
*Counsel for Plaintiff Kirsten Messmer*
*Local Rule 83.1 Counsel for*
*Plaintiffs Felicity M. Todd Veasey and*
*Second Amendment Foundation, Inc.*

Hal F. Askins
J. Joy Strickland
N.C. Dept. of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001
*Counsel for Defendants Governor Pat*
*McCrory, Attorney General Roy*
*Cooper and Frank L. Perry*

David G. Sigale
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
dsigale@sigalelaw.com
*Lead Counsel for Plaintiffs Felicity M.*
*Todd Veasey and Second Amendment*
*Foundation, Inc.*

This the 8th day of May, 2015.

s/ Andrew H. Erteschik
Andrew H. Erteschik