IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-369-BO

| | | |
|---|---|---|
| FELICITY M. VEASEY and SECOND AMENDMENT FOUNDATION, INC., Plaintiffs, | ) ) ) ) | |
| v. | ) ) | AMENDED ORDER |
| BRINDELL B. WILKINS, JR. in his official Capacity as Sheriff of Granville County, North Carolina, *et al.* Defendants. | ) ) ) ) ) | |

This matter is before the Court on defendant Brindell B. Wilkins's unopposed motion to amend the Court's April 24, 2015, order granting plaintiff's motion for preliminary injunction. [DE 32]. The Sheriff requests that the Court amend its order to reflect that the preliminary injunction applies only to "lawfully permanent resident aliens." A lawful permanent resident alien is an alien who has been granted the privilege of residing permanently in the United States. 8 U.S.C. § 1101(a)(20). Because plaintiff Veasey is a lawful permanent resident alien who styled her complaint to reflect her status as such, the Court grants defendant's motion to amend.

Pursuant to Rule 54(b) of the Federal Rules of Criminal Procedure, the Court amends its April 24, 2015, order [DE 24] to clarify that the order pertains only to lawful permanent resident aliens rather than lawfully admitted aliens. All other terms, conditions, and analysis in the original order remain the same.

SO ORDERED, this ___12___ day of May, 2015.

Terrence Boyle

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE