```
Court Name: USDC
Division: 5
Receipt Number: RAL043985
Cashier ID: nick
Transaction Date: 06/01/2015
Payer Name: Williams Mullen
------------------------------------
TREASURY REGISTRY
 For: Williams Mullen
 Case/Party: D-NCE-5-14-CV-000369-001
 Amount:        $1.00
------------------------------------
CHECK
 Check/Money Order Num: 515975
 Amt Tendered:  $1.00
------------------------------------
Total Due:       $1.00
Total Tendered: $1.00
Change Amt:     $0.00

Bond Payment for 5:14-cv-369
```