UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BRINDELL B. WILKINS, JR., in his official capacity as Sheriff of Granville County, North Carolina, PAT McCRORY, in his official capacity as Governor of North Carolina, ROY COOPER, in his official capacity as Attorney General of North Carolina, and FRANK L. PERRY, in his official capacity as Secretary of the North Carolina Department of Public Safety,<br><br>Defendants. | No. 5:14-cv-00369-BO |
| KIRSTEN MESSMER,<br><br>Plaintiff,<br><br>v.<br><br>DONNIE HARRISON, in his Official Capacity as Sheriff of Wake County, North Carolina, PAT McCRORY, in his Official Capacity as Governor of North Carolina, ROY COOPER, in his Official Capacity as Attorney General of North Carolina, and FRANK L. PERRY, in his Official Capacity as Secretary of the North Carolina Department of Public Safety,<br><br>Defendants. | No. 5:15-cv-00097-BO |

**MEMORANDUM OF LAW IN SUPPORT OF
SHERIFF BRINDELL B. WILKINS, JR.'S AND SHERIFF DONNIE HARRISON'S
MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

## STATEMENT OF FACTS

The Court will recall that these actions are constitutional challenges to N.C.G.S. § 14-415.12(a), the state statute prohibiting non-citizens from applying for concealed carry permits.

On August 5, 2015, Governor McCrory signed legislation repealing the challenged citizenship requirement of N.C.G.S. § 14-415.12(a). Exhibit A, Session Law 2015-195 at § 17. The legislation became effective upon the Governor's signature. *Id.* at § 18.

The new state law expressly allows non-citizens to obtain a concealed carry permit if they have "been lawfully admitted for permanent residence as defined in 8 U.S.C. 1101(a)(20)." *Id.* at § 17. Plaintiffs Felicity M. Todd Veasey and Kirsten Messmer have both been lawfully admitted for permanent residence as defined in 8 U.S.C. 1101(a)(20). [5:14-cv-00369, DE 53; 5:15-cv-00097, DE 34]. Thus, under the new state law, the State of North Carolina no longer prohibits them from obtaining a concealed carry permit.

## ARGUMENT

**THE CASES SHOULD BE DISMISSED AS MOOT BECAUSE THE LEGISLATURE HAS REPEALED THE CHALLENGED STATE LAW.**

It is well-settled that when a legislature amends or repeals a challenged law, the case challenging the prior law is moot. *See United States Dep't of the Treasury v. Galioto*, 477 U.S. 556, 559-60 (1986) (holding that an equal protection challenge to federal firearms statute was moot after Congress amended the statute to eliminate the discriminatory provision); *see also, e.g.*, *Princeton Univ. v. Schmid*, 455 U.S. 100, 103 (1982) (per curiam); *Brooks v. Vassar*, 462 F.3d 341, 348 (4th Cir. 2006).

These actions are constitutional challenges to the citizenship requirement of N.C.G.S. § 14-415.12(a). The new state law repealed that citizenship requirement. *See* Exhibit A, Session Law 2015-195. Accordingly, these cases are moot.

## CONCLUSION

For the foregoing reasons, Defendants Brindell B. Wilkins, Jr. and Donnie Harrison respectfully request that the Court dismiss the above-captioned actions for lack of subject matter jurisdiction.

Respectfully submitted the 7th day of August, 2015.

                                        **POYNER SPRUILL LLP**

By:    s/ Andrew H. Erteschik
       Andrew H. Erteschik
       N.C. State Bar No. 35269
       aerteschik@poynerspruill.com
       P.O. Box 1801
       Raleigh, NC 27602-1801
       Telephone: 919.783.2895
       Facsimile: 919.783.1075

       **COUNSEL FOR SHERIFF BRINDELL B. WILKINS, JR. AND SHERIFF DONNIE HARRISON**

# CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

| | |
|---|---|
| Camden R. Webb<br>Williams Mullen<br>301 Fayetteville St., Suite 1700<br>P. O. Box 1000<br>Raleigh, NC 27601<br>*Counsel for Plaintiff Kirsten Messmer*<br>*Local Rule 83.1 Counsel for*<br>*Plaintiffs Felicity M. Todd Veasey and*<br>*Second Amendment Foundation, Inc.* | Hal F. Askins<br>J. Joy Strickland<br>N.C. Dept. of Justice<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001<br>*Counsel for Defendants Governor Pat*<br>*McCrory, Attorney General Roy*<br>*Cooper and Frank L. Perry*<br><br>David G. Sigale<br>Law Firm of David G. Sigale, P.C.<br>739 Roosevelt Road, Suite 304<br>Glen Ellyn, IL 60137<br>dsigale@sigalelaw.com<br>*Lead Counsel for Plaintiffs Felicity M.*<br>*Todd Veasey and Second Amendment*<br>*Foundation, Inc.* |

This the 7th day of August, 2015.

                                                                     s/ Andrew H. Erteschik
                                                                     Andrew H. Erteschik