UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BRINDELL B. WILKINS, JR., in his official capacity as Sheriff of Granville County, North Carolina, PAT McCRORY, in his official capacity as Governor of North Carolina, ROY COOPER, in his official capacity as Attorney General of North Carolina, and FRANK L. PERRY, in his official capacity as Secretary of the North Carolina Department of Public Safety,<br><br>Defendants. | No. 5:14-cv-00369-BO |

### DEFENDANT BRINDELL B. WILKINS, JR.'S
### CONSENT MOTION TO STAY ORDER FOR DISCOVERY PLAN

Pursuant to Local Rule 7.1, Defendant Brindell B. Wilkins, Jr. ("Sheriff Wilkins"), with the consent of Plaintiffs Felicity M. Todd Veasey and the Second Amendment Foundation, Inc., respectfully moves the Court for an order staying the July 31, 2015 Order for Discovery Plan in the above-captioned case.

In support of this motion, Sheriff Wilkins shows the Court the following:

1.  On July 31, 2015, by order of the Clerk of Court, the Court issued an Order for Discovery Plan in the above-captioned case.[1]  [DE# 59].

---

[1] The Court did not issue a similar Order for Discovery Plan in the companion case captioned *Messmer v. Harrison, et al.*, No. 5:15-cv-00097-BO.

2. Five days later, on August 5, 2015, Governor McCrory signed Session Law 2015-195 into law. On August 7, 2015, Sheriff Wilkins moved to dismiss the above-captioned case for lack of subject matter jurisdiction on the grounds that Session Law 2015-195 repealed the challenged citizenship requirement of N.C.G.S. § 14-415.12(a) and therefore rendered this case moot. [DE# 60-61].

3. In the absence of an order staying the July 31, 2015 Order for Discovery Plan, the parties would be required to engage in discovery notwithstanding Sheriff Wilkins' pending motion to dismiss for lack of subject matter jurisdiction.

4. Counsel for the parties have conferred and believe it would be in the best interests of promoting judicial economy and conserving the parties' resources to avoid engaging in the discovery process until the Court has ruled on Sheriff Wilkins' pending motion to dismiss for lack of subject matter jurisdiction.

WHEREFORE, with the consent of Plaintiffs, Sheriff Wilkins respectfully requests that the Court issue an order staying its Order for Discovery Plan in the above-captioned case pending resolution of his motion to dismiss for lack of subject matter jurisdiction.

Respectfully submitted the 18th day of August, 2015.

**POYNER SPRUILL LLP**

By: s/ Andrew H. Erteschik
Andrew H. Erteschik
N.C. State Bar No. 35269
aerteschik@poynerspruill.com
P.O. Box 1801
Raleigh, NC 27602-1801
Telephone: 919.783.2895
Facsimile: 919.783.1075

**COUNSEL FOR SHERIFF BRINDELL B. WILKINS, JR.**

# CERTIFICATE OF SERVICE

  I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

Camden R. Webb
Williams Mullen
301 Fayetteville St., Suite 1700
P. O. Box 1000
Raleigh, NC 27601
*Local Rule 83.1 Counsel for Plaintiffs Felicity M. Todd Veasey and Second Amendment Foundation, Inc.*

Hal F. Askins
J. Joy Strickland
N.C. Dept. of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001
*Counsel for Defendants Governor Pat McCrory, Attorney General Roy Cooper and Frank L. Perry*

David G. Sigale
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
dsigale@sigalelaw.com
*Lead Counsel for Plaintiffs Felicity M. Todd Veasey and Second Amendment Foundation, Inc.*

This the 18th day of August, 2015.

              s/ Andrew H. Erteschik
              Andrew H. Erteschik