UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BRINDELL B. WILKINS, JR., in his official capacity as Sheriff of Granville County, North Carolina, PAT McCRORY, in his official capacity as Governor of North Carolina, ROY COOPER, in his official capacity as Attorney General of North Carolina, and FRANK L. PERRY, in his official capacity as Secretary of the North Carolina Department of Public Safety,<br><br>Defendants. | No. 5:14-cv-00369-BO |

## **PROPOSED ORDER**

This matter is before the Court on Defendant Brindell B. Wilkins, Jr.'s Consent Motion to Stay the Court's July 31, 2015 Order for Discovery Plan.

It appears to the Court that good cause exists to grant the Consent Motion. Accordingly, Defendant Wilkins' Consent Motion is hereby GRANTED.

SO ORDERED, this the ____ day of August, 2015.

_____
The Honorable Terrence W. Boyle
United States District Judge for the
Eastern District of North Carolina