IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-369-BO

| | |
|---|---|
| FELICITY M. VEASEY and SECOND AMENDMENT FOUNDATION, INC., <br><br>Plaintiffs, <br><br>v. <br><br>BRINDELL B. WILKINS, JR. in his official Capacity as Sheriff of Granville County, North Carolina, *et al.* <br>Defendants. | ORDER |

This matter is before the Court on defendant Brindell Wilkins, Jr.'s consent motion to stay the Court's July 31, 2015, order for discovery plan. [DE 62]. The Court finds that good cause exists to grant the motion. Accordingly, defendant's motion to stay is GRANTED and the order for discovery plan is stayed pending resolution of defendant's motion to dismiss for lack of subject matter jurisdiction.

SO ORDERED, this __20__ day of August, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE