IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:14-cv-00369-BO

| | |
|---|---|
| FELICITY M. TODD VEASEY and<br>SECOND AMENDMENT FOUNDATION,<br>INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>BRINDELL B. WILKINS, JR., in his official<br>Capacity as Sheriff of Granville County, North<br>Carolina, PAT McCRORY, in his Official<br>Capacity as Governor of North Carolina,<br>ROY COOPER, in his Official Capacity as<br>Attorney General of North Carolina, and<br>FRANK L. PERRY, in his Official Capacity as<br>Secretary of the North Carolina Department of<br>Public Safety,<br><br>        Defendants. | **DECLARATION OF<br>CAMDEN R. WEBB IN SUPPORT<br>OF PLAINTIFFS' MOTION FOR<br>ATTORNEY'S FEES** |

I, Camden R. Webb, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18 and am competent to make this Declaration. I have personal knowledge of the facts stated herein.

2. I am a litigation partner in the Raleigh office of Williams Mullen. Williams Mullen is a regional law firm based in Richmond, Virginia with 10 offices and approximately 250 attorneys. My biography, as prepared by Williams Mullen, is attached hereto as **Exhibit A**.

3. I am an attorney licensed to practice law in the State of North Carolina, and have been so licensed since 1995. My practice focuses on civil litigation and firearms law, among other things, and I am the chair of my firm's Firearms Industry Practice Group. I have been employed at the law firm of Williams Mullen, formerly Maupin Taylor, since 1999. Prior to my

1

current employment, I was a Judge Advocate in the United States Army. I am the responsible attorney for the above-captioned action.

4. I have been engaged as counsel on behalf of Felicity M. Todd Veasey and Second Amendment Foundation, Inc. ("Plaintiffs") in the above-captioned matter since June, 2014. In that role, I have prepared, reviewed, and revised several pleadings, motions, and briefs on behalf of the Plaintiffs; provided substantive guidance with regard to Equal Protection and Second Amendment rights and jurisdictional issues; analyzed and researched relevant legal issues; supervised the work of members of my firm; discussed resolution of the case with opposing counsel; and attended and argued hearings in this case.

5. From June 2014 to August 25, 2015, I and members of Williams Mullen spent 129.4 hours representing the Plaintiffs in this matter. The legal work for these hours is detailed in **Exhibit B**.

6. I have not spent any more time on this matter than necessary to pursue the claims on behalf of the Plaintiffs, and my time is not duplicative of time billed by other counsel for the Plaintiffs.

7. I and the other members of the firm who have worked on this file have billed the file at our standard rates. When this file was opened in June, 2014, the standard rates for the members of the firm who worked on this file were as follows: Camden R. Webb, $445 per hour; Elizabeth C. Stone, a senior associate, $315 per hour; and Lisa M. Katz, a paralegal with 17 years' experience, $190 per hour. On February 1, 2015, our firm implemented a rate increase. When our firm increases rates, it is based in part on increased experience and expertise of our attorneys and paralegals, which provides greater value to our clients. This rate increase affected my standard rate and the standard rate of members of the firm who worked on this case, as

2

follows: Camden R. Webb, $460 per hour; Elizabeth C. Stone, $320 per hour; and Lisa M. Katz, $195 per hour. I note that the February 1, 2015 rate increase for the members of the firm who worked on this case reflects an aggregate increase of 2.6% in standard rates, which is consistent with changes in pricing in the market. Another member of our firm worked on the file only after February 1, 2015. This person, Joseph M. Pope, is a senior associate whose standard rate as of February 1, 2015 is $335.00 per hour.

8. Based upon the rates stated in paragraph 7 and the hours stated in paragraph 5 above, the total fees as of August 25, 2015 are $49,347.50.

9. I made the decisions on how to staff this case and which members of the firm to ask for assistance in representing the Plaintiffs. Ms. Katz has been a paralegal in our Raleigh office since 2010, and I ask her assistance on all my cases that need paralegal work, chiefly for drafting and filing pleadings and for conducting investigations. Ms. Stone has been an associate in our Raleigh office since 2007. Ms. Stone works with me on the majority of my cases, and she has significant experience in motions practice in the Eastern District of North Carolina. I therefore asked her assistance with various legal research and writing responsibilities in the case. Mr. Pope has been an associate in our Richmond office since 2010, and he has significant experience with civil rights cases. I asked for his assistance with some legal research issues at a time when Ms. Stone was unavailable due to her other client obligations.

10. In addition to attorneys' fees, my firm incurred costs and expenses in the sum of $1,344. These costs and expenses are detailed in **Exhibit B**.

11. On August 5, 2015, Governor McCrory signed into law House Bill 562, which amended N.C. Gen. Stat. § 14-415.12(a)(1) to eliminate the requirement that a person be a United States Citizen to be issued a Concealed Handgun Permit. Ms. Katz and I conducted some

3

brief research on the legislative history of House Bill 562. The first mention we found of a change in the citizenship requirement of N.C. Gen. Stat. § 14-415.12(a)(1) was a Legislative Bill Analysis dated June 8, 2015, just over 6 weeks after the Court's order on preliminary injunction in this case. The Bill Analysis states that Section 17 of the bill "would authorize a permanent resident of the United States to obtain a North Carolina concealed handgun permit." The Bill Analysis is attached hereto as **Exhibit C**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This the 26th day of August, 2015.

_____
CAMDEN R. WEBB

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James C. Wrenn, Jr. – jcw@hopperhickswrenn.com
Andrew H. Erteschik – aerteschik@poynerspruill.com
David G. Sigale – dsigale@sigalelaw.com
Hal F. Askins – haskins@ncdoj.gov
J. Joy Strickland – jstrickland@ncdoj.gov

WILLIAMS MULLEN

BY: /s/ Camden R. Webb
Camden R. Webb
N.C. State Bar No. 22374
crwebb@williamsmullen.com
P. O. Box 1000
Raleigh, North Carolina 27602
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
*Local Civil Rule 83.1 Counsel for Plaintiffs*

LAW FIRM OF DAVID G. SIGALE, P.C.

BY: /s/ David G. Sigale
IL Bar No. 6238103
dsigale@sigalelaw.com
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
Telephone: (630) 452-4547
Facsimile: (630) 596-4445
*Counsel for Plaintiffs*
*Admitted Pro Hac Vice*