# EXHIBIT B

**FELICITY TODD VEASEY, ET AL. V. BRINDELL B. WILKINS, JR., ET AL.**
**EDNC CIVIL ACTION NO.: 5:14-cv-00369-BO**

**ITEMIZED SERVICES BILL**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/20/14 | CRW | Reviewed complaint, and email to/telephone call from D. Sigale regarding review of Complaint. | 0.50 |
| 06/25/14 | CRW | Review of all pleadings and attention to filing of same. | 0.30 |
| 06/25/14 | LMK | Analysis of initial case documents; prepare notice of appearance on behalf of C. Webb and financial disclosure statement on behalf of F. Veasey; open federal case and file initial case pleadings. | 1.50 |
| 06/27/14 | CRW | Follow up on filing of complaint and service of process issues. | 0.20 |
| 06/30/14 | LMK | Communicate with clerk regarding issuance of summons. | 0.50 |
| 06/30/14 | LMK | Correspondence to D. Sigale regarding summons and list of mediators. | 0.20 |
| 07/01/14 | CRW | Examined Granville County's stated policy of citizen-only pistol permit issuance in light of N.C.G.S. Section 14-404 and emailed D. Sigale regarding same; | 0.30 |
| 07/01/14 | CRW | Telephone call to County Attorney regarding service of process. | 0.10 |
| 07/01/14 | LMK | Analysis of service of process on defendant. | 0.80 |
| 07/05/14 | CRW | Received correspondence from J. Wrenn and followed up with D. Sigale. | 0.20 |
| 07/08/14 | CRW | Correspondence with D. Sigale and with J. Wrenn. | 0.10 |
| 07/10/14 | CRW | Preparation for and conduct telephone conference with J. Wrenn and analyzed issues raised in telephone conference. | 1.00 |
| 07/14/14 | CRW | Review correspondence from J. Wrenn and follow up with D. Sigale regarding same. | 0.20 |
| 07/22/14 | LMK | Docket management regarding upcoming deadlines. | 0.10 |
| 07/30/14 | CRW | Analyzed issues regarding Rule 5.1 notice. | 0.40 |
| 07/30/14 | LMK | Review federal rules; prepare letter to Attorney General enclosing summons and complaint. | 1.00 |
| 07/31/14 | LMK | Docket management regarding upcoming deadlines. | 0.20 |
| 07/31/14 | CRW | Additional work on Rule 5.1 service | 0.10 |
| 08/06/14 | CRW | Telephone conference with J. Wrenn and D. Sigale and followed up regarding the same. | 1.10 |
| 08/18/14 | CRW | Reviewed emails from J. Wrenn and analyzed issues raised in telephone conference. | 0.30 |
| 08/22/14 | CRW | Correspondence with opposing counsel regarding consent motion. | 0.20 |
| 08/26/14 | LMK | Docket management regarding upcoming deadlines. | 0.10 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/27/14 | CRW | Telephone call/voicemail from J. Wrenn and telephone call to D. Sigale regarding potential resolution of case. | 0.30 |
| 09/09/14 | CRW | Reviewed draft of letter to J. Wrenn, reviewed underlying case law, and emailed D. Sigale regarding suggested changes. | 0.40 |
| 09/09/14 | LMK | Analysis of case law. | 0.20 |
| 09/23/14 | CRW | Reviewed letter from opposing counsel regarding fee and notice provisions, brief research on points raised in the letter, and follow up with D. Veasey regarding same. | 0.60 |
| 09/24/14 | CRW | Correspondence with D. Sigale regarding Motion to Dismiss. | 0.10 |
| 09/24/14 | CRW | Reviewed brief in support of motion to dismiss and followed up with co-counsel regarding same. | 0.60 |
| 09/25/14 | CRW | Revised affidavit of service and dictated letter to opposing counsel. | 0.30 |
| 09/25/14 | LMK | Docket management regarding upcoming response deadlines. | 0.10 |
| 09/25/14 | LMK | Prepare proof of service regarding notice to Attorney General and filed same. | 1.30 |
| 09/26/14 | CRW | Analyzed issues raised in Defendant's motion to dismiss and telephone conference with D. Sigale regarding same. | 0.80 |
| 09/30/14 | CRW | Correspondence/voicemail exchange with opposing counsel and worked on issues regarding 5.1 notice. | 0.30 |
| 10/02/14 | CRW | Analyzed Sheriff's defenses raised in Motion to Dismiss. | 1.00 |
| 10/08/14 | CRW | Worked on potential summary judgment approach/strategy and telephone call to D. Sigale. | 0.20 |
| 10/11/14 | CRW | Reviewed draft of Motion for Preliminary Injunction and noted issues for discussion with D. Sigale. | 0.30 |
| 10/13/14 | CRW | Correspondence to D. Sigale regarding case L120 strategy and follow up regarding same. | 0.20 |
| 10/16/14 | CRW | Reviewed brief in support of Motion for Preliminary Injunction, made suggested revisions, and sent correspondence to D. Sigale. | 1.10 |
| 10/17/14 | CRW | Telephone conference with D. Sigale to discuss motions. | 0.20 |
| 10/20/14 | CRW | Correspondence with opposing counsel and secured extension of time for response to Motion to Dismiss. | 0.20 |
| 10/20/14 | LMK | Prepare motion for extension of time to respond to Motion to Dismiss. | 0.50 |
| 10/20/14 | LMK | File and docket motion for extension of time to respond to Motion to Dismiss. | 0.10 |
| 10/22/14 | CRW | Correspondence with D. Sigale and follow up call to F. Veasey. | 0.20 |
| 10/22/14 | CRW | Analyzed Rule 5.1 issue and followed up regarding contact with AG's office | 0.20 |
| 10/22/14 | ECS | Complete analysis of Rule 5.1 requirements; communicate with C. Webb regarding the same. | 1.10 |
| 10/23/14 | CRW | Legal research and analysis regarding liability of municipality for enforcement of a state statute. | 1.70 |
| 10/23/14 | ECS | Draft Notice of Constitutional Challenge of a statute. | 0.50 |
| 10/24/14 | CRW | Continued research and analysis on theories in response to Motion to Dismiss. | 0.60 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/24/14 | ECS | Revise Notice of Constitutional Challenge; communicate with C. Webb regarding the same. | 0.40 |
| 10/27/14 | CRW | Correspondence with/telephone conference with D. Sigale regarding Veasey Declaration and follow up with client. | 0.50 |
| 10/27/14 | ECS | Analyze authority relating to the status of the Sheriff as a local or state actor under application Section 1983 and 11th Amendment law; develop strategy for responding to the Sheriff's Motion to Dismiss; confer with C. Webb regarding the same. | 3.70 |
| 10/28/14 | CRW | Telephone conference with F. Veasey regarding declaration. | 0.30 |
| 10/28/14 | CRW | Worked on outline of argument for brief in opposition to Motion to Dismiss; discussed same with E. Stone. | 0.90 |
| 10/28/14 | CRW | Revised Veasey Declaration and follow up with D. Sigale. | 0.30 |
| 10/28/14 | CRW | Meeting with F. Veasey to discuss status of case and declaration; travel to/from meeting. | 2.00 |
| 10/28/14 | ECS | Review and analysis of legal authority relating to Section 1983 claims against a County agent; confer with C. Webb regarding the same. | 1.80 |
| 10/29/14 | CRW | Researched the Bockes line of cases as related to the Sheriff's position and worked on counter-arguments regarding same. | 1.70 |
| 10/29/14 | CRW | Telephone conference with D. Sigale to discuss preparation of briefs and follow up regarding same. | 0.60 |
| 10/29/14 | CRW | Reviewed all aspects of NC concealed handgun permit statutes and analyzed argument regarding "shall issue" regime. | 1.70 |
| 10/29/14 | ECS | Strategy conference with C. Webb regarding response to Motion to Dismiss; continued analysis of Vives opinion for use in response to Motion to Dismiss. | 1.10 |
| 10/30/14 | CRW | Drafted portions of brief regarding Monell, statutory interpretation, and other matters; drafted statement of the case and statement of facts; email with D. Sigale. | 5.20 |
| 10/30/14 | ECS | Continued analysis of authority relating to Official Policy requirement; draft language relating to the same for Response in Opposition to Motion to Dismiss; communicate with C. Webb regarding the same. | 1.60 |
| 10/31/14 | CRW | Continued legal research and writing for brief in opposition to Motion to Dismiss, and reviewed correspondence from D. Sigale regarding same. | 2.60 |
| 10/31/14 | LMK | Research regarding concealed carry permit application. | 0.30 |
| 11/1/14 | CRW | Worked on issues raised by D. Sigale regarding arguments on Motion to Dismiss; communicate with E. Stone regarding same. | 0.40 |
| 11/1/14 | ECS | Review and analyze potential benefits and drawbacks to statutory argument; communicate with C. Webb regarding the same. | 0.30 |
| 11/2/14 | CRW | Composed email to D. Sigale and other follow up communications regarding arguments on Motion to Dismiss. | 0.90 |
| 11/3/14 | CRW | Communications with A. Erteschik regarding motion for extension of time and reviewed and finalized same. | 0.30 |
| 11/3/14 | LMK | Prepare motion for extension of time to respond to Motion to Dismiss. | 0.30 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/5/14 | CRW | Telephone conference with D. Sigale regarding response brief and follow up regarding issues for brief. | 0.40 |
| 11/6/14 | LMK | Docket management regarding upcoming deadlines. | 0.10 |
| 11/7/14 | CRW | Reviewed email from D. Sigale and worked on points for response brief to Motion to Dismiss. | 1.10 |
| 11/8/14 | CRW | Drafted portions of response brief to Motion to Dismiss. | 0.50 |
| 11/9/14 | CRW | Drafted additional portions of brief in opposition to Motion to Dismiss. | 0.60 |
| 11/10/14 | CRW | Continued revisions to brief, discussed same with D. Sigale, completed briefing and exhibits, and filed same. | 3.40 |
| 11/10/14 | ECS | Review and analyze authority relating to constitutional protections afforded resident legal aliens; communicate with C. Webb regarding the same. | 0.60 |
| 11/10/14 | LMK | Revise and gather exhibits to notice and file. | 0.60 |
| 11/11/14 | CRW | Correspondence to client regarding response brief. | 0.20 |
| 11/13/14 | LMK | Review federal rules and prepare affidavit of service on behalf of C. Webb. | 0.70 |
| 11/14/14 | CRW | Reviewed the Sheriff's reply brief and follow up regarding same. | 0.40 |
| 11/14/14 | LMK | Revise and file affidavit of service regarding notice to AG. | 0.50 |
| 11/16/14 | CRW | Correspondence with D. Sigale regarding Motion for Preliminary Injunction. | 0.10 |
| 12/01/14 | CRW | Correspondence with D. Sigale regarding Motion for Preliminary Injunction. | 0.10 |
| 12/02/14 | CRW | Reviewed Reply Brief and provided comments on same. | 0.50 |
| 12/10/14 | CRW | Correspondence with D. Sigale and follow up with court. | 0.20 |
| 12/17/14 | CRW | Correspondence with D. Sigale and with client. | 0.20 |
| 01/05/15 | CRW | Received notice of hearing and discussed hearing prep with D. Sigale. | 0.40 |
| 01/06/15 | CRW | Telephone conference with F. Veasey and follow up with D. Sigale. | 0.30 |
| 01/07/15 | LMK | Docket management regarding upcoming hearing. | 0.70 |
| 01/19/15 | CRW | Worked on preparation for motions hearing. | 0.20 |
| 01/21/15 | CRW | Prepared for hearing on Motion for Preliminary Injunction. | 1.50 |
| 01/22/15 | CRW | Final prep for hearing, meeting with clients, attended/argued hearing, and follow up regarding same. | 2.50 |
| 01/23/15 | CRW | Reviewed court's order regarding amendment and follow up regarding same. | 0.40 |
| 01/23/15 | LMK | Review and docket court order. | 0.10 |
| 01/26/15 | CRW | Analyzed issue of proper state actor to add in amendment to complaint. | 0.50 |
| 01/26/15 | ECS | Confer with C. Webb regarding Order to name a State representative as a defendant. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 01/27/15 | ECS | Review Order regarding joinder of State; analyze legal authority and other materials relating to the same. | 0.80 |
| 01/29/15 | CRW | Telephone conference with F. Veasey regarding amendment. | 0.20 |
| 01/29/15 | CRW | Researched potential state officials as proper parties for amendment, drafted proposed allegations, and emailed D. Sigale regarding same. | 1.10 |
| 02/11/15 | CRW | Reviewed proposed amendment and follow up with D. Sigale regarding same. | 0.30 |
| 02/12/15 | CRW | Telephone call from F. Veasey and worked on summons/service of process issue. | 0.30 |
| 02/12/15 | LMK | Prepare summons on additional defendants. | 0.70 |
| 02/16/15 | LMK | Prepare and file summonses. | 0.80 |
| 02/18/15 | CRW | Follow up on service of process on state agents. | 0.20 |
| 02/18/15 | LMK | Prepare and serve summons and complaint on defendants. | 0.40 |
| 02/19/15 | CRW | Reviewed case authority regarding award of fees. | 0.20 |
| 02/20/15 | LMK | Review and docket motion to dismiss. | 0.10 |
| 02/27/15 | CRW | Reviewed information regarding service of process and follow up with co-counsel and client regarding same. | 0.20 |
| 02/27/15 | LMK | Review and docket response deadlines to amended complaint. | 0.10 |
| 03/02/15 | CRW | Worked on Affidavit of Service, renewed Motion for Preliminary Injunction and Response to renewed Motion to Dismiss. | 0.80 |
| 03/02/15 | LMK | Prepare affidavit of service; prepare Motion for Preliminary Injunction. | 1.20 |
| 03/03/15 | LMK | Prepare response in opposition to Motion to Dismiss. | 0.40 |
| 03/06/15 | CRW | Telephone call from and telephone call to paralegal with NC DOJ regarding extension of time; follow up with D. Sigale regarding same. | 0.30 |
| 03/09/15 | CRW | Communications with client and with counsel for State defendants. | 0.20 |
| 03/10/15 | CRW | Correspondence with S. Gerger regarding State defendants' response to Complaint and follow up with client regarding same. | 0.30 |
| 03/11/15 | CRW | Telephone call to H. Askins regarding response to Motion for Preliminary Injunction | 0.10 |
| 03/13/15 | CRW | Telephone conference with H. Askins regarding Motion for Preliminary Injunction and follow up with client regarding same. | 0.30 |
| 03/13/15 | CRW | Correspondence to D. Sigale regarding Motion for Preliminary Injunction. | 0.20 |
| 03/13/15 | CRW | Reviewed response to Motion to Dismiss and prepared same for filing. | 0.20 |
| 03/13/15 | LMK | Review and file response to Motion to Dismiss; prepare and file amended certificate of service. | 0.70 |
| 03/24/15 | CRW | Correspondence with H. Askins and follow up regarding briefing on Motion for Preliminary Injunction. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/25/15 | CRW | Received notice of hearing, communications to co-counsel and client regarding same, and worked on planning for hearing. | 0.50 |
| 03/25/15 | LMK | Docket court hearing. | 0.10 |
| 03/26/15 | CRW | Correspondence with D. Sigale regarding upcoming hearing. | 0.20 |
| 03/26/15 | LMK | Strategy session with C. Webb regarding upcoming hearing. | 0.10 |
| 03/27/15 | CRW | Correspondence with D. Sigale. | 0.20 |
| 04/03/15 | LMK | Review and docket regarding upcoming deadlines. | 0.10 |
| 04/07/15 | CRW | Worked on preparation for upcoming hearing. | 0.50 |
| 04/07/15 | LMK | Analysis of briefs in preparation for upcoming hearing. | 0.60 |
| 04/08/15 | CRW | Continued work on preparation for hearing; researched Equal Protection cases. | 1.60 |
| 04/10/15 | CRW | Analyzed 1983 issues for upcoming hearing. | 0.40 |
| 04/13/15 | CRW | Reviewed Eleventh Amendment case law. | 0.90 |
| 04/13/15 | JRP | Research and analyze cases regarding constitutional scrutiny of classifications based on alienage and review Second Amendment cases raising similar issues. | 1.00 |
| 04/14/15 | CRW | Continued preparation for hearing on Motion for Preliminary Injunction. | 0.40 |
| 04/15/15 | CRW | Continued preparation for hearing. | 0.30 |
| 04/16/15 | CRW | Completed preparation for hearing; attended hearing/argued motion. | 3.00 |
| 04/16/15 | CRW | Telephone conference with client as follow up from hearing. | 0.20 |
| 04/17/15 | CRW | Worked on legal theory for Sheriff being a "person" under 1983 based upon enforcement "person" under 1983 based upon enforcement of CHP statute. | 0.80 |
| 04/20/15 | CRW | Correspondence to D. Sigale regarding motion hearing follow up. | 0.20 |
| 04/20/15 | CRW | Telephone conference with client. | 0.20 |
| 04/24/15 | CRW | Reviewed proposed legislation in light of State's argument on Motion for Preliminary Injunction. | 0.40 |
| 04/24/15 | CRW | Read Order on Preliminary Injunction. | 0.30 |
| 04/24/15 | CRW | Telephone call to opposing counsel and follow up regarding same. | 0.20 |
| 04/27/15 | CRW | Worked on follow-up items to ruling on Motion for Preliminary Injunction. | 0.60 |
| 04/27/15 | CRW | Attention to extension of time. | 0.20 |
| 04/28/15 | CRW | Telephone call from F. Veasey regarding permit. | 0.20 |
| 05/01/15 | CRW | Email from and telephone call to client regarding permit application process. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/01/15 | CRW | Analyzed/researched issues for response briefs. | 1.00 |
| 05/04/15 | CRW | Correspondence with client regarding permit. | 0.20 |
| 05/04/15 | CRW | Review correspondence with D. Erteschik and follow up regarding same; telephone call with D. Sigale. | 0.60 |
| 05/06/15 | CRW | Correspondence with opposing counsel regarding motion responses. | 0.10 |
| 05/06/15 | CRW | Revised/finalized motions to extend time. | 0.20 |
| 05/07/15 | CRW | Review correspondence from opposing counsel regarding proposed motion, and follow up regarding the same. | 0.20 |
| 05/08/15 | CRW | Reviewed correspondence from opposing counsel and follow up with D. Sigale. | 0.40 |
| 05/11/15 | CRW | Worked on structure of argument for response to State's brief. | 0.30 |
| 05/11/15 | LMK | Analysis of motion to amend order. | 0.10 |
| 05/14/15 | CRW | Reviewed amended order and follow up with client regarding same. | 0.30 |
| 05/18/15 | CRW | Reviewed case authority cited in State defendants' brief and worked on Second Amendment argument. | 2.20 |
| 05/18/15 | LMK | Prepare draft response in opposition to Motion to Dismiss. | 1.70 |
| 05/19/15 | CRW | Revised Second Amendment/Equal Protection argument for response brief; reviewed and incorporated Eleventh Amendment argument; finalized brief, correspondence to client. | 2.30 |
| 05/19/15 | JRP | Continue research on 11th Amendment issue and read relevant case law to develop argument for response to Motion to Dismiss and draft argument for brief. | 1.00 |
| 05/19/15 | ECS | Revise Response in Opposition to State Defendants' Motion to Dismiss. | 0.70 |
| 05/19/15 | LMK | Review and file response in opposition to Motion to Dismiss. | 0.30 |
| 05/20/15 | CRW | Telephone call from client regarding permit. | 0.20 |
| 05/22/15 | CRW | Worked on filings and correspondence with opposing counsel. | 0.50 |
| 05/22/15 | LMK | Prepare and file amended response in opposition to Motion to Dismiss. | 0.70 |
| 05/27/15 | CRW | Reviewed Order regarding bond and followed up regarding same. | 0.20 |
| 05/27/15 | LMK | Prepare letter to clerk regarding security bond. | 0.30 |
| 06/09/15 | CRW | Telephone call to client and follow up with opposing counsel. | 0.50 |
| 06/10/15 | CRW | Telephone conference with D. Sigale. | 0.20 |
| 06/10/15 | CRW | Worked on follow up items from call with opposing counsel, and emailed D. Sigale regarding same. | 0.30 |
| 06/11/15 | CRW | Analyzed potential avenues for streamlining case / reaching a decision as a matter of law. | 0.60 |
| 06/19/15 | CRW | Correspondence with client regarding issuance of permit. | 0.20 |
| 06/25/15 | CRW | Correspondence with client regarding status of motions. | 0.30 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/26/15 | CRW | Telephone conference with D. Erteschik and follow up regarding same. | 0.40 |
| 07/31/15 | CRW | Read order on Motion to Dismiss, and follow up correspondence to D. Sigale and to client. | 0.60 |
| 08/03/15 | CRW | Correspondence with D. Sigale. | 0.20 |
| 08/03/15 | CRW | Review text of and status of amendment to statutes regarding citizenship. | 0.70 |
| 08/04/15 | CRW | Telephone conference with D. Sigale and follow up regarding same; worked on issues regarding potential final judgment. | 0.80 |
| 08/07/15 | CRW | Follow up analysis of effect of amendment to NCGS 14-415.12. | 0.60 |
| 08/07/15 | CRW | Reviewed Motion to Dismiss (mootness) filings and planned response. | 0.70 |
| 08/10/15 | LMK | Prepare declaration of C. Webb in support of motion for attorneys fees; analysis of firearm laws. | 1.50 |
| 08/10/15 | CRW | Reviewed matters to be submitted to the court for fee motion and planned out filings. | 1.10 |
| 08/10/15 | CRW | Telephone conference with R. Zechini regarding legislative history of change in CHP statute, and follow up research regarding same. | 0.30 |
| 08/10/15 | CRW | Detailed review of time entries and expenses, and revisions to same, for exhibit to fee declaration. | 0.90 |
| 08/10/15 | CRW | Received voicemail from and email reply to A. Erteschik regarding scheduling order. | 0.10 |
| 08/11/15 | LMK | Prepare motion for attorneys fees. | 0.80 |
| 08/11/15 | CRW | Outlined brief in support of Motion for Attorney Fees and drafted portion of legal standard section of brief. | 0.60 |
| 08/11/15 | CRW | Developed facts to present to the court in support of Motion for Attorneys Fees. | 0.50 |
| 08/12/15 | CRW | Analyzed potential responses to Motion to Dismiss (Mootness). | 0.60 |
| 08/14/15 | CRW | Received email from C. Blake regarding fee affidavit, worked on issues regarding affidavit, and composed/sent email to C. Blake. | 0.20 |
| 08/14/15 | CRW | Telephone conference with D. Sigale regarding strategy for resolution of case. | 0.30 |
| 08/17/15 | CRW | Worked on potential affidavit from A. Gura. | 0.20 |
| 08/18/15 | LMK | Strategy session with C. Webb regarding brief for attorneys fees. | 0.10 |
| 08/18/15 | CRW | Worked on potential affidavit from A. Gura. | 0.90 |
| 08/18/15 | CRW | Correspondence to client regarding status of case and upcoming motion/motion response. | 0.10 |
| 08/18/15 | CRW | Reviewed proposed consent motion, and correspondence with opposing counsel regarding suggested modification | 0.20 |
| 08/18/15 | CRW | Conducted legal research and drafted response to Motion to Dismiss. | 0.70 |
| 08/20/15 | LMK | Analysis of attorneys fees. | 0.30 |
| 08/20/15 | CRW | Revised motion, brief, and declarations for motion for attorney fees. | 0.60 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/20/15 | CRW | Finalized Response to Motion to Dismiss. | 0.10 |
| 08/21/15 | LMK | Analysis of attorneys fees. | 0.70 |
| 08/21/15 | CRW | Reviewed correspondence from D. Sigale and follow up with L. Katz regarding same. | 0.20 |
| 08/24/15 | LMK | Analysis of time entries. | 2.50 |
| 08/24/15 | CRW | Reviewed information for inclusion in Sigale declaration. | 0.70 |
| 08/24/15 | CRW | Revised brief and supporting declarations for Motion for Attorney's Fees, and conducted additional research regarding lodestar factors. | 1.10 |
| 08/25/15 | ECS | Analyze authority relating to awardable costs under 1988; communicate with C. Webb regarding the same; draft Memorandum of Law in Support of Motion for Attorney Fees. | 2.10 |
| 08/25/15 | LMK | Email communication with F. Veasey; draft declaration; analysis of time entries. | 2.70 |
| | | **TOTAL HOURS:** | **129.40** |
| | | **TOTAL:** | **$49,347.50** |

## COSTS

| DESCRIPTION | AMOUNT |
|---|---|
| Filing Fee Clerk, U.S. District Court, Veasey et al. v. Wilkins, Jr. | $400.00 |
| Filing Fee Clerk, U.S. District Court: Security Bond | $1.00 |
| Westlaw | $940.50 |
| Pacer | $2.50 |
| **TOTAL COSTS** | **$1,344.00** |
| **TOTAL THIS STATEMENT** | **$50,691.50** |