IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:14-cv-00369-BO

FELICITY M. TODD VEASEY and )
SECOND AMENDMENT FOUNDATION, )
INC., )
          )
          Plaintiffs, )
          )
          )
    v. )
          )
BRINDELL B. WILKINS, JR., in his official ) **SUPPLEMENTAL DECLARATION**
Capacity as Sheriff of Granville County, North ) **OF CAMDEN R. WEBB IN**
Carolina, PAT McCRORY, in his Official ) **SUPPORT OF PLAINTIFFS'**
Capacity as Governor of North Carolina, ) **MOTION FOR ATTORNEY'S FEES**
ROY COOPER, in his Official Capacity as )
Attorney General of North Carolina, and )
FRANK L. PERRY, in his Official Capacity as )
Secretary of the North Carolina Department of )
Public Safety, )
          )
          Defendants. )

I, Camden R. Webb, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am over the age of 18 and am competent to make this Declaration. I have

personal knowledge of the facts stated herein.

2.     I am submitting this supplemental affidavit to reflect time expended representing

Plaintiffs on August 26, 27, and 28, 2015. I completed my Declaration in this case with time

entries through August 25, 2015 so that Mr. Alan Gura and Mr. Christopher J. Blake would have

the opportunity to review the finalized, executed declaration reflecting the time spent

representing plaintiffs. Because of timing issues in allowing their review, the time entries only

ran through August 25, 2015 but we indeed expending time on behalf of Plaintiffs on these

succeeding dates prior to filing the motion for attorneys fees.

1

3.   The time entries, rates and amount of time spent on Plaintiffs behalf during these few days are as follows:

| Timekeeper | Description | Date | Time | Total |
|---|---|---|---|---|
| Camden R. Webb | Correspondence to A. Gura and C. Blake regarding declarations; reviewed and revised all declarations support Motion for Attorney fees. | 08/26/15 | 0.5 | $230.00 |
| | Telephone call to C. Blake and follow up regarding completion of declaration; follow up correspondence to A. Gura and worked on completion of declaration; dictated supplemental declaration. | 08/27/15 | 0.4 | $184.00 |
| Elizabeth C. Stone | Revise Memorandum of Law in Support of Motion for Attorney Fees. | 08/26/15 | 2.1 | $672.00 |
| Lisa M. Katz | Communicate with F. Veasey; prepare and forward declaration to F. Veasey; communicate with D. Sigale regarding declaration and exhibits; continued analysis of time entries. | 08/26/15 | 3.9 | $760.50 |
| | Communicate with F. Veasey regarding declaration; review, revise and file memorandum and motion for attorneys fees and supporting documents. | 08/28/15 | 0.7 | $136.50 |
| | | | | Total - $1,983.00 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This the 28ᵗʰ day of August, 2015.

CAMDEN R. WEBB

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2015, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:

James C. Wrenn, Jr. – jcw@hopperhickswrenn.com
Andrew H. Erteschik – aerteschik@poynerspruill.com
David G. Sigale – dsigale@sigalelaw.com
Hal F. Askins – haskins@ncdoj.gov
J. Joy Strickland – jstrickland@ncdoj.gov

WILLIAMS MULLEN

BY: */s/ Camden R. Webb*
Camden R. Webb
N.C. State Bar No. 22374
crwebb@williamsmullen.com
P. O. Box 1000
Raleigh, North Carolina 27602
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
*Local Civil Rule 83.1 Counsel for Plaintiffs*

LAW FIRM OF DAVID G. SIGALE, P.C.

BY: */s/ David G. Sigale*
IL Bar No. 6238103
dsigale@sigalelaw.com
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
Telephone: (630) 452-4547
Facsimile: (630) 596-4445
*Counsel for Plaintiffs*
*Admitted Pro Hac Vice*

3