# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOHN W. JACKSON and SECOND AMENDMENT FOUNDATION, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| -against- | ) ) ) |
| GORDON E. EDEN, in his Official Capacity as Director of the Special Investigations Division of the New Mexico Department of Public Safety, | ) ) ) ) ) ) |
| Defendant. | ) |

Case No. 1:12-CV-421-MCA-RHS

**ORDER**

Plaintiffs present before the Court an unopposed motion for an award of attorney fees and costs against Defendant Gordon E. Eden pursuant to 42 U.S.C. § 1988:

As Plaintiffs are prevailing parties entitled to a Section 1988 recovery against Defendant Gordon E. Eden, and the amount of said recovery is not in dispute, the motion is GRANTED.

Plaintiffs shall recover attorney fees as follows:

| Atty. | Hours | Rate | Total |
|---|---|---|---|
| David G. Sigale | 60.0 | 500 | $30,000.00 |
| Paul M. Kienzle, III | 16.2 | 275 | $ 4,455.00 |

Plaintiffs shall also recover costs in the amount of $1,331.08. Plaintiffs' total Section 1988 Recovery against Defendant Gordon E. Eden is $35,768.08.

The Department of Public Safety shall be responsible for payment of the aforementioned fees and costs on behalf of the Defendant.

SO ORDERED, this the 21st day of May, 2014.

                                           The Hon. M. Christina Armijo
                                           United States District Judge

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record for the plaintiffs, hereby certifies that on May 20, 2014, he served a copy of the foregoing, and this certificate of service, by electronic means pursuant to Electronic Case Filing (ECF).

Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                                           /s/ David G. Sigale
                                           David G. Sigale

**David G. Sigale**

| | |
|---|---|
| From: | ECF_Returns@ilcd.uscourts.gov |
| Sent: | Thursday, July 18, 2013 12:59 PM |
| To: | ECF_Notices@ilcd.uscourts.gov |
| Subject: | Activity in Case 4:12-cv-04032-SLD-JAG Winbigler et al v. Warren County Housing Authority et al Order on Motion for Attorney Fees |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### CENTRAL DISTRICT OF ILLINOIS

**Notice of Electronic Filing**

The following transaction was entered on 7/18/2013 at 12:59 PM CDT and filed on 7/18/2013
**Case Name:** Winbigler et al v. Warren County Housing Authority et al
**Case Number:** 4:12-cv-04032-SLD-JAG
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER entered by Judge Sara Darrow on July 18, 2013, GRANTING [18] Plaintiffs' Unopposed Motion for Attorney Fees and Costs. Pursuant to the parties' stipulation, Plaintiffs are hereby awarded $15,171.50 in fees and costs against Defendant Warren County Housing Authority.(MTS, ilcd)**

**4:12-cv-04032-SLD-JAG Notice has been electronically mailed to:**

Allie MacInnis Burnet     aburnet@bestfirm.com, mmarch@bestfirm.com

Carrie J Linden     clinden@bestfirm.com

David G Sigale     dsigale@sigalelaw.com, dgslaw@att.net

Lori A Vanderlaan     lvanderlaan@bestfirm.com, mlopez@bestfirm.com

**4:12-cv-04032-SLD-JAG Notice has been delivered by other means to:**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RONALD G. WINBIGLER and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WARREN COUNTY HOUSING AUTHORITY and TERESA GREENSTREET, as Executive Director, <br><br> Defendants. | Court No. 12 C 4032 <br><br> Judge Darrow <br> Magistrate Judge Gorman <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION

Plaintiffs, Ronald G. Winbigler and Second Amendment Foundation, Inc., by counsel, and Defendant, Warren County Housing Authority, by counsel, hereby stipulate and agree pursuant to the judgment entered in this matter on May 1, 2013, that Defendant, Warren County Housing Authority shall pay attorney's fees to Plaintiffs in the amount of $14,750 (based on 29.5 hours billed at $500/hour), and costs of $421.50, for a total payment of fees and costs to Plaintiffs of $15,171.50, in full and final payment of its obligations to Plaintiffs in this matter.

Respectfully submitted,

| WARREN COUNTY HOUSING AUTHORITY | RONALD G. WINBIGLER and SECOND AMENDMENT FOUNDATION, INC. |
|---|---|
| /s/ Lori A. Vanderlaan | /s/ David G. Sigale |
| Lori A. Vanderlaan <br> Allie M. Burnet <br> **Best, Vanderlaan & Harrington** <br> 25 E. Washington Street, Suite 800 <br> Chicago, IL 60602 <br> (312) 819-1100 | David G. Sigale <br> **Law Firm of David G. Sigale, P.C.** <br> 739 Roosevelt Road, Suite 304 <br> Glen Ellyn, IL 60137 <br> 630.452.4547 |

## CERTIFICATE OF SERVICE

I, the undersigned, state that I caused to be served on all attorneys of record the foregoing, with enclosures referred to thereon, if any, by operation of the Court's electronic filing system, on the 17th day of ___July___, 2013.

/s/ David G. Sigale<br>David G. Sigale

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARLOS NINO DE RIVERA LAJOUS, et al, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID SANKEY, in his official capacity as Superintendent of the Nebraska State Patrol, <br><br> Defendant. | Case No. 4:13CV3070 <br><br><br> **STIPULATION** |

The parties to this matter, by and through their respective counsel, jointly stipulate and agree as follows:

1. On October 15, 2013, this Court entered an Order and Final Judgment Order of the Court enjoining Defendant from enforcing Neb. Rev. Stat. § 69-2433(10) as applied to the application of lawful permanent residents to obtain a permit to carry a concealed handgun, provided they are otherwise-qualified. (Filing #29).

2. The Court ordered Plaintiff to submit an application for attorneys and expense by November 5, 2013. (Filing #29).

3. The parties have now agreed with respect to Plaintiff's request for attorneys' fees and costs.

4. Defendant shall remit a total of sixteen thousand nine hundred eighty dollars and twenty-eight cents ($16,980.28) to Plaintiff for attorneys' fees and costs as set forth below:

   a. David G. Sigale: $500.00/hr. x 29.2 hours = $14,600.00 + $40.28 in costs = $14,640.28.

    b.    Bernard J. Glaser: $200.00/hr. x 9.5 hours = $1900.00 + $440.00 in costs = $2340.00.

5. Defendant shall file a Satisfaction of Judgment with the Court upon payment of attorneys' fees and costs.

6. Payment of attorneys' fees and costs by Defendant Sankey shall be in accordance with *NEB. REV. STAT.* § 25-1806 (Reissue 2008).

7. The Court may enter final judgment in accordance with its October 15, 2013 Order (Filing #29), and in accordance with this Stipulation.

Agreed to on the 25th day of October, 2013:

| DAVID SANKEY, Defendant. | CARLOS NINO DE RIVERA LAJOUS, et al, Plaintiffs. |
|---|---|
| BY: JON BRUNING, #20351<br>Attorney General | |
| BY: s/Stephanie Caldwell<br>Stephanie Caldwell, #22994<br>Assistant Attorney General<br>2115 State Capitol<br>Lincoln, NE 68508<br>Tel: (402) 471-2682<br>Fax: (402) 471-3297<br>stephanie.caldwell@nebraska.gov | BY: s/David G. Sigale<br>David G. Sigale, Esq, IL #6238103<br>Law Firm of David G. Sigale, P.C.<br>739 Roosevelt Road, Suite 304<br>Glen Ellyn, IL 60137<br>Tel: (630) 452-4547<br>Fax: (630) 596-4445<br>dsigale@sigalelaw.com<br>Admitted *Pro hac vice* |
| *One of the Attorneys for Defendant.* | *One of Attorneys for Plaintiffs.* |

## CERTIFICATE OF SERVICE

It is hereby certified that on October 25, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to the Plaintiffs' attorney of record.

*s/Stephanie Caldwell*
Stephanie Caldwell, #22994
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARLOS NINO DE RIVERA LAJOUS, SECOND AMENDMENT FOUNDATION, INC., and NEBRASKA FIREARMS OWNERS ASSOCIATION, | ) ) ) ) ) ) | 4:13CV3070 |
| Plaintiffs, | ) ) | JUDGMENT |
| v. | ) ) | |
| DAVID SANKEY, in his official capacity as Superintendent of the Nebraska State Patrol, | ) ) ) ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 30),

IT IS ORDERED that Plaintiffs are awarded attorney fees and taxable costs in the total amount of $16,980.28, payable by Defendant, David Sankey, in his official capacity as Superintendent of the Nebraska State Patrol.

DATED this 28th day of October, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL MOORE, CHARLES HOOKS, PEGGY FECHTER, JON MAIER, SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS CARRY, <br><br> Plaintiffs, <br><br> v. <br><br> LISA MADIGAN, in her official capacity as Attorney General for the State of Illinois, and HIRAM GRAU, in his official capacity as Director of the Illinois State Police, <br><br> Defendants. | 3:11-CV-3134 |

## ORDER

Pursuant to a mediated settlement agreement in the Court of Appeals for the Seventh Circuit, the parties present before the Court a joint motion for a supplemental award of attorney's fees and costs pursuant to 42 U.S.C. § 1988.

As the amount of said award has been agreed upon by the parties through their settlement negotiations, the motion is GRANTED.

Pursuant to the terms of the parties' settlement agreement, Plaintiffs' attorney's fees award shall be based upon the following calculations:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| Alan Gura | 27.8 | $640.00 | $17,792.00 |
| David Jensen | 69.4 | $450.00 | $31,230.00 |
| David Sigale | 37.0 | $500.00 | $18,500.00 |

Additionally, Defendants shall reimburse Plaintiffs for $598.71 in supplemental costs and expenses.

Accordingly, as provided by the terms of the parties' settlement agreement, Plaintiffs shall receive a payment of $68,120.71 in full satisfaction of their supplemental attorney's fees, costs and expenses incurred in this matter.

SO ORDERED, this 21st day of July, 2015.

s/ Sue E. Myerscough

THE HON. SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE