IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:14-cv-00369-BO

| | |
|---|---|
| FELICITY M. TODD VEASEY and<br>SECOND AMENDMENT FOUNDATION,<br>INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>BRINDELL B. WILKINS, JR., in his<br>official Capacity as Sheriff of Granville<br>County, North Carolina,<br><br>        Defendant. | **DECLARATION OF FELICITY M.<br>TODD VEASEY IN SUPPORT OF<br>PLAINTIFFS' MOTION FOR<br>ATTORNEY'S FEES** |

I, Felicity M. Todd Veasey, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age, am competent to testify as to the matters herein, and the matters stated herein are based upon my personal knowledge.

2. I am a citizen of Australia residing with my family in Butner, North Carolina, and have done so since 2004.

3. On April 24, 2015, this Court entered an Order granting Plaintiffs' Motion for Preliminary Injunction.

4. On May 1, 2015, I went to the Granville County Sheriff's Department to submit my application for a Concealed Handgun Permit. I filled out the online application, the Sheriff's Office took my fingerprints, and I paid the Concealed Handgun Permit fee.

5. On June 9, 2015, I picked up my Concealed Handgun Permit from the Granville County Sheriff's Department, which is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This the 28 day of August, 2015.

_____
FELICITY M. TODD VEASEY

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James C. Wrenn, Jr. – jcw@hopperhickswrenn.com
Andrew H. Erteschik – aerteschik@poynerspruill.com
David G. Sigale – dsigale@sigalelaw.com
Hal F. Askins – haskins@ncdoj.gov
J. Joy Strickland – jstrickland@ncdoj.gov

WILLIAMS MULLEN

BY: /s/ Camden R. Webb
Camden R. Webb
N.C. State Bar No. 22374
crwebb@williamsmullen.com
P. O. Box 1000
Raleigh, North Carolina 27602
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
*Local Civil Rule 83.1 Counsel for Plaintiffs*

LAW FIRM OF DAVID G. SIGALE, P.C.

BY: /s/ David G. Sigale
IL Bar No. 6238103
dsigale@sigalelaw.com
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
Telephone: (630) 452-4547
Facsimile: (630) 596-4445
*Counsel for Plaintiffs*
*Admitted Pro Hac Vice*