# EXHIBIT A

# NORTH CAROLINA CONCEALED HANDGUN PERMIT

PERMIT NO: NC536458

EXPIRES: 05-25-2020   NEW

VEASEY, FELICITY MARIE
2044 HIDDEN POND DRIVE
CREEDMOOR, NC 27522

GRANVILLE

DL: 27275018
DOB: 12-22-1975
HT: 505   WT: 175

RACE: W   SEX: F
HAIR: BRO   EYE: BRO

PERMITTEE: _____