IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:14-cv-00369-BO

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRINDELL B. WILKINS, JR., in his official Capacity as Sheriff of Granville County, North Carolina, PAT McCRORY, in his Official Capacity as Governor of North Carolina, ROY COOPER, in his Official Capacity as Attorney General of North Carolina, and FRANK L. PERRY, in his Official Capacity as Secretary of the North Carolina Department of Public Safety, <br><br> Defendants. | **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT BRINDELL B. WILKINS, JR.'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |

NOW COME Plaintiffs Felicity M. Todd Veasey and Second Amendment Foundation, Inc., ("Plaintiffs") by and through counsel, and file this response in opposition to Defendant Brindell B. Wilkins, Jr.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction ("Motion"). [D.E. 60].

In his Motion, the Sheriff seeks dismissal of this case on mootness grounds. To the extent that the Motion seeks a complete termination of the proceedings, the Motion should be denied. Plaintiffs are prevailing parties who are entitled to attorney fees under 42 U.S.C. § 1988, and Plaintiffs have moved the Court for an award of those fees. Pls. Mot. for Attorney Fees, [D.E. 64]. The Court's continuing equitable jurisdiction allows the Court to hear Plaintiffs' Motion for Attorney Fees, notwithstanding mootness caused by a change in a statute. *See, e.g., S-1 v. Spangler,* 832 F.2d 294, 297 (4th Cir. 1987)(determination of mootness on the merits does

not preclude the award of attorney fees pursuant to 42 U.S.C. § 1988); *Black Police Ass'n v. District of Columbia Bd. of Elections and Ethics*, 168 F.3d 525, 528 (D.C. Cir. 1999)(affirming an award of attorney fees notwithstanding passage of subsequent legislation mooting a Section 1983 challenge).

Plaintiffs do not contend that any substantive issues remain to be decided in this case. However, to the extent the Sheriff's Motion seeks termination of this case in its entirety, it should be denied.

Respectfully submitted this the 28th day of August, 2015.

    WILLIAMS MULLEN

    BY: */s/ Camden R. Webb*
    Camden R. Webb
    N.C. State Bar No. 22374
    crwebb@williamsmullen.com
    P. O. Box 1000
    Raleigh, North Carolina 27602
    Telephone: (919) 981-4000
    Facsimile: (919) 981-4300
    *Local Civil Rule 83.1 Counsel for Plaintiffs*

    LAW FIRM OF DAVID G. SIGALE, P.C.

    BY: */s/ David G. Sigale*
    IL Bar No. 6238103
    dsigale@sigalelaw.com
    799 Roosevelt Road, Suite 207
    Glen Ellyn, IL 60137
    Telephone: (630) 452-4547
    Facsimile: (630) 596-4445
    *Counsel for Plaintiffs*
    *Admitted Pro Hac Vice*

# CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James C. Wrenn, Jr. – jcw@hopperhickswrenn.com

Andrew H. Erteschik – aerteschik@poynerspruill.com

David G. Sigale – dsigale@sigalelaw.com

Hal F. Askins – haskins@ncdoj.gov

J. Joy Strickland – jstrickland@ncdoj.gov

WILLIAMS MULLEN

BY: */s/ Camden R. Webb*
Camden R. Webb
N.C. State Bar No. 22374
crwebb@williamsmullen.com
P. O. Box 1000
Raleigh, North Carolina 27602
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
*Local Civil Rule 83.1 Counsel for Plaintiffs*

LAW FIRM OF DAVID G. SIGALE, P.C.

BY: */s/ David G. Sigale*
IL Bar No. 6238103
dsigale@sigalelaw.com
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
Telephone: (630) 452-4547
Facsimile: (630) 596-4445
*Counsel for Plaintiffs*
*Admitted Pro Hac Vice*