UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC., <br><br>           Plaintiffs, <br><br>v. <br><br>BRINDELL B. WILKINS, JR., in his official capacity as Sheriff of Granville County, North Carolina, <br>PAT McCRORY, in his official capacity as Governor of North Carolina, <br>ROY COOPER, in his official capacity as Attorney General of North Carolina, and <br>FRANK L. PERRY, in his official capacity as Secretary of the North Carolina Department of Public Safety, <br><br>           Defendants. | No. 5:14-cv-00369-BO |
| KIRSTEN MESSMER, <br><br>           Plaintiff, <br><br>v. <br><br>DONNIE HARRISON, in his Official Capacity as Sheriff of Wake County, North Carolina, <br>PAT McCRORY, in his Official Capacity as Governor of North Carolina, <br>ROY COOPER, in his Official Capacity as Attorney General of North Carolina, and <br>FRANK L. PERRY, in his Official Capacity as Secretary of the North Carolina Department of Public Safety, <br><br>           Defendants. | No. 5:15-cv-00097-BO |

**DEFENDANTS BRINDELL B. WILKINS, JR.'S AND DONNIE HARRISON'S
CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Brindell B. Wilkins, Jr. and Donnie Harrison (collectively "the Sheriffs") respectfully move the Court for an additional extension of time in which to file their Reply in Support of their Motion to Dismiss for Lack of Subject Matter Jurisdiction and their Response to the Plaintiffs' Motion for Attorney's Fees.

In support of this consent motion, the Sheriffs show the Court the following:

1. On August 7, 2015, the Sheriffs filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction. [5:14-cv-00369, DE# 60; 5:15-cv-00097, DE# 41].

2. On August 28, 2015, Plaintiffs filed their Responses to the Motion to Dismiss for Lack of Subject Matter Jurisdiction. [5:14-cv-00369, DE# 66; 5:15-cv-00097, DE# 45]. That same day, Plaintiffs also filed Motions for Attorneys' Fees. [5:14-cv-00369, DE# 64; 5:15-cv-00097, DE# 43].

3. On September 14, 2015, the Court granted a consent motion to extend the Sheriffs' time to file their Reply in Support of their Motion to Dismiss for Lack of Subject Matter Jurisdiction and their Response to the Plaintiffs' Motion for Attorneys' Fees, up to and including October 9, 2015. [5:14-cv-00369, DE# 70; 5:15-cv-00097, DE# 49].

4. The undersigned is in need of approximately two weeks of additional time to prepare these filings—up to and including October 21, 2015—as a result of a recent multi-week arbitration in Asheville and the preparation of an antitrust lawsuit filed yesterday in the U.S. District Court for the Middle District of North Carolina.

5. Plaintiffs consent to the requested extension.

WHEREFORE, Defendants Brindell B. Wilkins and Donnie Harrison respectfully request that the Court enter an order extending the time for them to file their Reply in Support of

their Motion to Dismiss for Lack of Subject Matter Jurisdiction and their Response to the Plaintiffs' Motion for Attorneys' Fees, up to and including October 21, 2015.

Respectfully submitted the 8th day of October, 2015.

**POYNER SPRUILL LLP**

By: s/ Andrew H. Erteschik
Andrew H. Erteschik
N.C. State Bar No. 35269
aerteschik@poynerspruill.com
P.O. Box 1801
Raleigh, NC 27602-1801
Telephone: 919.783.2895
Facsimile: 919.783.1075

**COUNSEL FOR SHERIFF
BRINDELL B. WILKINS AND
SHERIFF DONNIE HARRISON**

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

Camden R. Webb
Williams Mullen
301 Fayetteville St., Suite 1700
P. O. Box 1000
Raleigh, NC 27601
*Counsel for Plaintiff*
*Kirsten Messmer and Local Rule 83.1*
*Counsel for Plaintiffs Felicity M. Todd*
*Veasey and Second Amendment*
*Foundation, Inc.*

Hal F. Askins
J. Joy Strickland
N.C. Dept. of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001
*Counsel for Defendants*
*Governor Pat McCrory, Attorney*
*General Roy Cooper and Frank L.*
*Perry*

David G. Sigale
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
dsigale@sigalelaw.com
*Lead Counsel for Plaintiffs*
*Felicity M. Todd Veasey and Second*
*Amendment Foundation, Inc.*

This the 8th day of October, 2015.

                                                    s/ Andrew H. Erteschik
                                                    Andrew H. Erteschik