UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRINDELL B. WILKINS, JR., in his official capacity as Sheriff of Granville County, North Carolina, <br> PAT McCRORY, in his official capacity as Governor of North Carolina, <br> ROY COOPER, in his official capacity as Attorney General of North Carolina, and <br> FRANK L. PERRY, in his official capacity as Secretary of the North Carolina Department of Public Safety, <br><br> Defendants. | No. 5:14-cv-00369-BO |
| KIRSTEN MESSMER, <br><br> Plaintiff, <br><br> v. <br><br> DONNIE HARRISON, in his Official Capacity as Sheriff of Wake County, North Carolina, <br> PAT McCRORY, in his Official Capacity as Governor of North Carolina, <br> ROY COOPER, in his Official Capacity as Attorney General of North Carolina, and <br> FRANK L. PERRY, in his Official Capacity as Secretary of the North Carolina Department of Public Safety, <br><br> Defendants. | No. 5:15-cv-00097-BO |

## ORDER GRANTING DEFENDANTS BRINDELL B. WILKINS, JR.'S AND DONNIE HARRISON'S CONSENT MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Court on Defendants Brindell B. Wilkins, Jr.'s and Donnie Harrison's Consent Motion for Extension of Time.

IT APPEARS that good cause exists to grant the consent motion and that Plaintiffs consent to the motion.

WHEREFORE, the consent motion is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the time within which Defendants Brindell B. Wilkins and Donnie Harrison may file their Reply in Support of their Motion to Dismiss for Lack of Subject Matter Jurisdiction and their Response to the Plaintiffs' Motion for Attorneys' Fees is extended up to and including October 21, 2015.

This the 13 day of October, 2015.

*Terrence Boyle*
The Honorable Terrence W. Boyle
United States District Judge for the
Eastern District of North Carolina

2

Case 5:14-cv-00369-BO   Document 72   Filed 10/13/15   Page 2 of 2