| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRINDELL B. WILKINS, JR., in his official capacity as Sheriff of Granville County, North Carolina, <br> PAT McCRORY, in his official capacity as Governor of North Carolina, <br> ROY COOPER, in his official capacity as Attorney General of North Carolina, and <br> FRANK L. PERRY, in his official capacity as Secretary of the North Carolina Department of Public Safety, <br><br> Defendants. | No. 5:14-cv-00369-BO |
| KIRSTEN MESSMER, <br><br> Plaintiff, <br><br> v. <br><br> DONNIE HARRISON, in his Official Capacity as Sheriff of Wake County, North Carolina, <br> PAT McCRORY, in his Official Capacity as Governor of North Carolina, <br> ROY COOPER, in his Official Capacity as Attorney General of North Carolina, and <br> FRANK L. PERRY, in his Official Capacity as Secretary of the North Carolina Department of Public Safety, <br><br> Defendants. | No. 5:15-cv-00097-BO |

## STATE OF NORTH CAROLINA'S MOTION TO INTERVENE AND MOTION FOR EXTENSION OF TIME

1

Pursuant to this Court's Orders of July 31, 2015 [5:14-cv-369, DE #58] and August 5, 2015 [5:15-cv-097, DE #40] holding that "any fees awarded would be assessed against the Sheriff in his official capacity, to be paid by the State of North Carolina", the State of North Carolina respectfully moves the Court, pursuant to Fed. R. Civ. P. 24 (a)(2) and Fed. R. Civ. P. 24 (b), to allow the State to intervene in the above-matter for the limited purpose of contesting Plaintiffs' Motion for Attorneys' Fees. Further, the State of North Carolina respectfully moves the Court, pursuant to Fed. R. Civ. P. 6(b), for an extension of time in which to file their Response to the Plaintiffs' Motion for Attorneys' Fees.

WHEREFORE, the State of North Carolina respectfully requests that the Court enter an order allowing the State to intervene for the limited purpose of contesting Plaintiffs' Motion for Attorneys' Fees, and enter an order extending the time for the State to file their Response to the Plaintiffs' Motion for Attorneys' Fees, up to and including 21 days after entry of the Order granting intervention.

Respectfully submitted the 15th day of October, 2015.

    ROY COOPER
    Attorney General

    /s/ Charles G. Whitehead
    Charles G. Whitehead
    Special Deputy Attorney General
    Carolina State Bar No. 39222
    Email: cwhitehead@ncdoj.gov
    N.C. Department of Justice
    Post Office Box 629
    Raleigh, North Carolina 27602-0629
    Telephone: (919) 716-6840
    Facsimile: (919) 716-6758
    *Counsel for State of North Carolina*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

Camden R. Webb
Williams Mullen
301 Fayetteville St., Suite 1700
P. O. Box 1000
Raleigh, NC 27601
*Counsel for Plaintiff*
*Kirsten Messmer and Local Rule 83.1*
*Counsel for Plaintiffs Felicity M. Todd*
*Veasey and Second Amendment*
*Foundation, Inc.*

Hal F. Askins
J. Joy Strickland
N.C. Dept. of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001
*Counsel for Defendants*
*Governor Pat McCrory, Attorney*
*General Roy Cooper and Frank L.*
*Perry*

Andrew H. Erteschik
N.C. State Bar No. 35269
aerteschik@poynerspruill.com
P.O. Box 1801
Raleigh, NC 27602-1801
Telephone: 919.783.2895
Facsimile: 919.783.1075
*Counsel for Sherriff Brindell B.*
*Wilkins and Sherriff Donnie*
*Harrison*

David G. Sigale
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
dsigale@sigalelaw.com
*Lead Counsel for Plaintiffs*
*Felicity M. Todd Veasey and Second*
*Amendment Foundation, Inc.*

This the 15th day of October, 2015.

/s/ Charles G. Whitehead
Charles G. Whitehead