UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRINDELL B. WILKINS, JR., in his official capacity as Sheriff of Granville County, North Carolina, <br> PAT McCRORY, in his official capacity as Governor of North Carolina, <br> ROY COOPER, in his official capacity as Attorney General of North Carolina, and <br> FRANK L. PERRY, in his official capacity as Secretary of the North Carolina Department of Public Safety, <br><br> Defendants. | No. 5:14-cv-00369-BO |
| KIRSTEN MESSMER, <br><br> Plaintiff, <br><br> v. <br><br> DONNIE HARRISON, in his Official Capacity as Sheriff of Wake County, North Carolina, <br> PAT McCRORY, in his Official Capacity as Governor of North Carolina, <br> ROY COOPER, in his Official Capacity as Attorney General of North Carolina, and <br> FRANK L. PERRY, in his Official Capacity as Secretary of the North Carolina Department of Public Safety, <br><br> Defendants. | No. 5:15-cv-00097-BO |

### ORDER GRANTING STATE'S MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF CONTESTING PLAINTIFF'S ATTORNEYS' FEES AND MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Court on The State of North Carolina's Motion to Intervene for the limited purpose of contesting Plaintiffs' Motion for Attorneys' Fees and the State's Motion for Extension of Time to respond to Plaintiffs' Motion for Attorneys' Fees.

IT APPEARS that good cause exists pursuant to Fed. R. Civ. P. 24 (a)(2) and Fed. R. Civ. P. 24 (b), to grant the State's Motion to Intervene for the limited purpose of contesting Plaintiffs' Motion for Attorneys' Fees.

IT APPEARS that good cause exists pursuant to Fed. R. Civ. P. 6(b), to grant the State's Motion for Extension of Time to respond to Plaintiffs' Motion for Attorneys' Fees.

WHEREFORE, the Motion to Intervene and Motion for Extension of Time are hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the State of North Carolina may intervene for the limited purpose of contesting Plaintiffs Motion for Attorneys' Fees and the State's Response in Opposition to Plaintiffs' Motion for Attorneys' Fees shall be filed no later than 21 days after the date of entry of this Order.

This the ___ day of October, 2015.

_____
The Honorable Terrence W. Boyle
United States District Judge for the
Eastern District of North Carolina