**Webb, Camden**

| | |
|---|---|
| From: | Notice_NCED@nced.uscourts.gov |
| Sent: | Friday, August 28, 2015 3:31 PM |
| To: | Notice_NCED@nced.uscourts.gov |
| Subject: | Activity in Case 5:14-cv-00369-BO Veasey et al v. Wilkins, Jr. Motion for Attorney Fees |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### EASTERN DISTRICT OF NORTH CAROLINA

**Notice of Electronic Filing**

The following transaction was entered by Webb, Camden on 8/28/2015 at 3:30 PM EDT and filed on 8/28/2015
**Case Name:** Veasey et al v. Wilkins, Jr.
**Case Number:** 5:14-cv-00369-BO
**Filer:** Second Amendment Foundation, Inc.
Felicity M. Todd Veasey
**Document Number:** 64

**Docket Text:**
**MOTION for Attorney Fees filed by Second Amendment Foundation, Inc., Felicity M. Todd Veasey. (Webb, Camden)**

**5:14-cv-00369-BO Notice has been electronically mailed to:**

Andrew H. Erteschik    aerteschik@poynerspruill.com, autodocket@poynerspruill.com, jking@poynerspruill.com, klowell@poyners.com, ltrast@poyners.com

Camden R. Webb    crwebb@williamsmullen.com, lkatz@williamsmullen.com, mhill@williamsmullen.com

David G Sigale    dsigale@sigalelaw.com

Hal F. Askins    haskins@ncdoj.com

James C. Wrenn , Jr    jcw@hopperhickswrenn.com, rwb@hopperhickswrenn.com

**5:14-cv-00369-BO Notice has been delivered by other means to:**


EXHIBIT A

1
Case 5:14-cv-00369-BO   Document 77-1   Filed 10/21/15   Page 1 of 2

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180565-0
] [7ce873974c7da94deb91c3f0403a8ef90c5aad062ffd4084d2e1680c1077a463d2b
d120de68403de2c7b8970b141e0228b98b6d68b2e00ba151166040ec0e1a2]]