**Webb, Camden**

| | |
|---|---|
| From: | Notice_NCED@nced.uscourts.gov |
| Sent: | Friday, August 28, 2015 3:38 PM |
| To: | Notice_NCED@nced.uscourts.gov |
| Subject: | Activity in Case 5:14-cv-00369-BO Veasey et al v. Wilkins, Jr. Memorandum in Support |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### EASTERN DISTRICT OF NORTH CAROLINA

**Notice of Electronic Filing**

The following transaction was entered by Webb, Camden on 8/28/2015 at 3:37 PM EDT and filed on 8/28/2015
**Case Name:** Veasey et al v. Wilkins, Jr.
**Case Number:** 5:14-cv-00369-BO
**Filer:** Second Amendment Foundation, Inc.
Felicity M. Todd Veasey
**Document Number:** 65

**Docket Text:**
**Memorandum in Support regarding [64] MOTION for Attorney Fees filed by Second Amendment Foundation, Inc., Felicity M. Todd Veasey. (Attachments: # (1) Declaration of Camden R. Webb, # (2) Exhibit A to Declaration of Camden R. Webb - Biography, # (3) Exhibit B to Declaration of Camden R. Webb - Itemized Services Bill, # (4) Exhibit C to Declaration of Camden R. Webb - 562 Bill Analysis, # (5) Supplemental Declaration of Camden R. Webb, # (6) Declaration of David G. Sigale, # (7) Exhibit A to Declaration of David G. Sigale - Court Orders, # (8) Exhibit B to Declaration of David G. Sigale - Arkansas Court Order, # (9) Exhibit C to Declaration of David G. Sigale - Statement of Time and Expenses, # (10) Declaration of Felicity M. Todd Veasey, # (11) Exhibit A to Declaration of Felicity M. Todd Veasey - Concealed Handgun Permit, # (12) Declaration of Christopher J. Blake, # (13) Declaration of Alan Gura) (Webb, Camden)**

**5:14-cv-00369-BO Notice has been electronically mailed to:**

Andrew H. Erteschik    aerteschik@poynerspruill.com, autodocket@poynerspruill.com, jking@poynerspruill.com, klowell@poyners.com, ltrast@poyners.com



1

Camden R. Webb     crwebb@williamsmullen.com, lkatz@williamsmullen.com, mhill@williamsmullen.com

David G Sigale     dsigale@sigalelaw.com

Hal F. Askins     haskins@ncdoj.com

James C. Wrenn , Jr     jcw@hopperhickswrenn.com, rwb@hopperhickswrenn.com

**5:14-cv-00369-BO Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180570-0
] [8e43bd533035cd1065c12487cd3da020e9e58d82b401e919279ad04b0a3958f4360
be9341be42939e399c70ada892c360dd826745f4c1ea43fc79d273294c4e6]]
**Document description:** Declaration of Camden R. Webb
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180570-1
] [4c5c52deafb56bb01734f490ee76b58fa47f79fe83fcbc7bf78a6f6984466d8d729
ecd890c6771ab26157868a3d07843600b84c8de37dcfd54f2e494bb65129a]]
**Document description:** Exhibit A to Declaration of Camden R. Webb - Biography
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180570-2
] [a2f227dd9779790f21aeabc66ad91eec4c9e48223abaa132f83be6329f056345253
e3e8e3246a3efc09c98969196e0256dc32281e09c22ba6c39d7d469f9e07e]]
**Document description:** Exhibit B to Declaration of Camden R. Webb - Itemized Services Bill
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180570-3
] [a9cf8f9280ae9348efd3f2bdc10fd0494cd5176c374f42305fef2c2cfccd21e4a2b
c268fdf81b5553ee8e3566cdff0efd99d0d173c2f1ad9be4d3cf9cb2bdb2c]]
**Document description:** Exhibit C to Declaration of Camden R. Webb - 562 Bill Analysis
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180570-4
] [9f7c817459357417de7695c8ed28698f222c418409e578b149beb12a4e560c44625
3b67299a282a2bd116fc369f09ffb807eeb8968f5bdc34fea3580a66b4e36]]
**Document description:** Supplemental Declaration of Camden R. Webb
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180570-5
] [8e2af7a9222343b6e5c3b3c2e87cf42f739d6c0c9024cd4c97ff68d1156e4c4205e
4b111d3e4064a2a89c2aaa73ad593254e946dab8dc76e604c72b8f1466b5b]]
**Document description:** Declaration of David G. Sigale
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180570-6
] [91ccb8cf25adbc2e890b7e779613eae902c16d93a6db931b4e72b72bb84c0328536
afac803a4ccf9ff8dc03eec518f338a8f0cb58e3257d8951b2cc90845f0b1]]
**Document description:**Exhibit A to Declaration of David G. Sigale - Court Orders
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180570-7
] [49659b02f0a9297c89ea55d8c75672ed8ea45e2ed822765a29648ee4b87ae246180
d77e4da9468ad157d9b001d3ab077301139a4f01e6f7e87e461d113682729]]
**Document description:**Exhibit B to Declaration of David G. Sigale - Arkansas Court Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180570-8
] [26c80329d9d8a6c0d1e5a4cadcea322edf39d22b85874d63cb873dbd4b41acb4b9f
e1c909f39c285ceb0305020968de1aa6447999a7aa5c36add57acc324dd34]]
**Document description:**Exhibit C to Declaration of David G. Sigale - Statement of Time and Expenses
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180570-9
] [0e9b579e21969fcb0dcd89a9d3dc41b4582264d4a66c212e6c93c0078164e05cba7
921f62f9081b65dccccdc22fe20ca57ad2959e2ca09df8c7ff1bf7a995328]]
**Document description:** Declaration of Felicity M. Todd Veasey
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180570-1
0] [7a4bb166dd6d19cdfba46fa5b61ded3326991731daea58ef0eadbb48b271017875
0ae03cd2613423d394f5c3b6389ffa3458352088c89285fc549efdf40c2223]]
**Document description:**Exhibit A to Declaration of Felicity M. Todd Veasey - Concealed Handgun Permit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180570-1
1] [15a92af571b243d5ed39acfc57aacc311b5ec43938db3ca146f07e844275cca1ff
35e34fce0bdadc7076f668d1091e4a47b4cda1cc84bf4eff3b5e200055b4a3]]
**Document description:** Declaration of Christopher J. Blake
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180570-1
2] [4012dd7440148b8a04b73715749f651c2a3554572b2cafbe3942f09c50cb124679
01126a39ff88ed4184e2ab7f9afd230ee2b1581d7e92c62a74e41d73e23d0c]]
**Document description:** Declaration of Alan Gura
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180570-1
3] [bf6013d302924e3dae170059164e50aa079be110571df693e0afb072633026e86f
0c9a9d7b1baf1be15da3b24e99eb4f5ee355bb70b97c052810803ef7fd6873]]