UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, ) ) ) Plaintiff, ) ) v. ) ) SHERIFF DONNIE HARRISON, *in his Official capacity as Sheriff of Wake County, North Carolina*, FRANK L. PERRY, ROY COOPER, and PAT MCCRORY, ) ) ) ) ) ) Defendants, ) ) STATE OF NORTH CAROLINA, ) ) Intervenor. ) ) | **JUDGMENT** 5:14-CV-369-BO |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the Court's order [DE 58], the State's defendants' motion to dismiss is GRANTED, and defendant Brindell B. Wilkins, Jr's motion to dismiss [DE 60] is GRANTED and this case is DISMISSED AS MOOT, except that the Court retains jurisdiction to decide the issue of attorneys' fees. The State's motion to intervene and for extension of time [DE 73] is GRANTED, and the State is DIRECTED to file a response to plaintiff's motion for attorneys' fees within 21 days of the date of the entry of Order [DE 78].

This case is closed.

**This judgment filed and entered on December 2, 2015, and served on:**
David G. Sigale (via CM/ECF Notice of Electronic Filing)
Camden R. Webb (via CM/ECF Notice of Electronic Filing)
Andrew H. Erteschik (via CM/ECF Notice of Electronic Filing)
James C. Wrenn, Jr. (via CM/ECF Notice of Electronic Filing)
Hal F. Askins (via CM/ECF Notice of Electronic Filing)
Charles G. Whitehead (via CM/ECF Notice of Electronic Filing)

December 2, 2015

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk