# Exhibit A

## FELICITY TODD VEASEY, ET AL. V. BRINDELL B. WILKINS, JR., ET AL.
### EDNC CIVIL ACTION NO.: 5:14-cv-00369-BO

### ITEMIZED SERVICES BILL

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/20/14 | CRW | Reviewed complaint, and email to/telephone call from D. Sigale regarding review of Complaint. | 0.50 |
| 06/25/14 | CRW | Review of all pleadings and attention to filing of same. | 0.30 |
| 06/25/14 | LMK | Analysis of initial case documents; prepare notice of appearance on behalf of C. Webb and financial disclosure statement on behalf of F. Veasey; open federal case and file initial case pleadings. | 1.50 |
| 06/27/14 | CRW | Follow up on filing of complaint and service of process issues. | 0.20 |
| 06/30/14 | LMK | Communicate with clerk regarding issuance of summons. | 0.50 |
| 06/30/14 | LMK | Correspondence to D. Sigale regarding summons and list of mediators. | 0.20 |
| 07/01/14 | CRW | Examined Granville County's stated policy of citizen-only pistol permit issuance in light of N.C.G.S. Section 14-404 and emailed D. Sigale regarding same; | 0.30 |
| 07/01/14 | CRW | Telephone call to County Attorney regarding service of process. | 0.10 |
| 07/01/14 | LMK | Analysis of service of process on defendant. | 0.80 |
| 07/05/14 | CRW | Received correspondence from J. Wrenn and followed up with D. Sigale. | 0.20 |
| 07/08/14 | CRW | Correspondence with D. Sigale and with J. Wrenn. | 0.10 |
| 07/10/14 | CRW | Preparation for and conduct telephone conference with J. Wrenn and analyzed issues raised in telephone conference. | 1.00 |
| 07/14/14 | CRW | Review correspondence from J. Wrenn and follow up with D. Sigale regarding same. | 0.20 |
| 07/22/14 | LMK | Docket management regarding upcoming deadlines. | 0.10 |
| 07/30/14 | CRW | Analyzed issues regarding Rule 5.1 notice. | 0.40 |
| 07/30/14 | LMK | Review federal rules; prepare letter to Attorney General enclosing summons and complaint. | 1.00 |
| 07/31/14 | LMK | Docket management regarding upcoming deadlines. | 0.20 |
| 07/31/14 | CRW | Additional work on Rule 5.1 service | 0.10 |
| 08/06/14 | CRW | Telephone conference with J. Wrenn and analyzed issues raised in telephone conference. | 1.10 |
| 08/18/14 | CRW | Reviewed emails from J. Wrenn and D. Sigale and followed up regarding the same. | 0.30 |
| 08/22/14 | CRW | Correspondence with opposing counsel regarding consent motion. | 0.20 |
| 08/26/14 | LMK | Docket management regarding upcoming deadlines. | 0.10 |

| | DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | 08/27/14 | CRW | Telephone call/voicemail from J. Wrenn and telephone call to D. Sigale regarding potential resolution of case. | 0.30 |
| | 09/09/14 | CRW | Reviewed draft of letter to J. Wrenn, reviewed underlying case law, and emailed D. Sigale regarding suggested changes. | 0.40 |
| | 09/09/14 | LMK | Analysis of case law. | 0.20 |
| | 09/23/14 | CRW | Reviewed letter from opposing counsel regarding fee and notice provisions, brief research on points raised in the letter, and follow up with D. Veasey regarding same. | 0.60 |
| | 09/24/14 | CRW | Correspondence with D. Sigale regarding Motion to Dismiss. | 0.10 |
| | 09/24/14 | CRW | Reviewed brief in support of motion to dismiss and followed up with co-counsel regarding same. | 0.60 |
| | 09/25/14 | CRW | Revised affidavit of service and dictated letter to opposing counsel. | 0.30 |
| | 09/25/14 | LMK | Docket management regarding upcoming response deadlines. | 0.10 |
| | 09/25/14 | LMK | Prepare proof of service regarding notice to Attorney General and filed same. | 1.30 |
| | 09/26/14 | CRW | Analyzed issues raised in Defendant's motion to dismiss and telephone conference with D. Sigale regarding same. | 0.80 |
| | 09/30/14 | CRW | Correspondence/voicemail exchange with opposing counsel and worked on issues regarding 5.1 notice. | 0.30 |
| | 10/02/14 | CRW | Analyzed Sheriff's defenses raised in Motion to Dismiss. | 1.00 |
| | 10/08/14 | CRW | Worked on potential summary judgment approach/strategy and telephone call to D. Sigale. | 0.20 |
| | 10/11/14 | CRW | Reviewed draft of Motion for Preliminary Injunction and noted issues for discussion with D. Sigale. | 0.30 |
| | 10/13/14 | CRW | Correspondence to D. Sigale regarding case L120 strategy and follow up regarding same. | 0.20 |
| | 10/16/14 | CRW | Reviewed brief in support of Motion for Preliminary Injunction, made suggested revisions, and sent correspondence to D. Sigale. | 1.10 |
| | 10/17/14 | CRW | Telephone conference with D. Sigale to discuss motions. | 0.20 |
| | 10/20/14 | CRW | Correspondence with opposing counsel and secured extension of time for response to Motion to Dismiss. | 0.20 |
| | 10/20/14 | LMK | Prepare motion for extension of time to respond to Motion to Dismiss. | 0.50 |
| | 10/20/14 | LMK | File and docket motion for extension of time to respond to Motion to Dismiss. | 0.10 |
| | 10/22/14 | CRW | Correspondence with D. Sigale and follow up call to F. Veasey. | 0.20 |
| | 10/22/14 | CRW | Analyzed Rule 5.1 issue and followed up regarding contact with AG's office | 0.20 |
| | 10/22/14 | ECS | Complete analysis of Rule 5.1 requirements; communicate with C. Webb regarding the same. | 1.10 |
| | 10/23/14 | CRW | Legal research and analysis regarding liability of municipality for enforcement of a state statute. | 1.70 |
| | 10/23/14 | ECS | Draft Notice of Constitutional Challenge of a statute. | 0.50 |
| | 10/24/14 | CRW | Continued research and analysis on theories in response to Motion to Dismiss. | 0.60 |

| | DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | 10/24/14 | ECS | Revise Notice of Constitutional Challenge; communicate with C. Webb regarding the same. | 0.40 |
| | 10/27/14 | CRW | Correspondence with/telephone conference with D. Sigale regarding Veasey Declaration and follow up with client. | 0.50 |
| | 10/27/14 | ECS | Analyze authority relating to the status of the Sheriff as a local or state actor under application Section 1983 and 11th Amendment law; develop strategy for responding to the Sheriff's Motion to Dismiss; confer with C. Webb regarding the same. | 3.70 |
| | 10/28/14 | CRW | Telephone conference with F. Veasey regarding declaration. | 0.30 |
| | 10/28/14 | CRW | Worked on outline of argument for brief in opposition to Motion to Dismiss; discussed same with E. Stone. | 0.90 |
| | 10/28/14 | CRW | Revised Veasey Declaration and follow up with D. Sigale. | 0.30 |
| | 10/28/14 | CRW | Meeting with F. Veasey to discuss status of case and declaration; travel to/from meeting. | 2.00 |
| | 10/28/14 | ECS | Review and analysis of legal authority relating to Section 1983 claims against a County agent; confer with C. Webb regarding the same. | 1.80 |
| | 10/29/14 | CRW | Researched the Bockes line of cases as related to the Sheriff's position and worked on counter-arguments regarding same. | 1.70 |
| | 10/29/14 | CRW | Telephone conference with D. Sigale to discuss preparation of briefs and follow up regarding same. | 0.60 |
| | 10/29/14 | CRW | Reviewed all aspects of NC concealed handgun permit statutes and analyzed argument regarding "shall issue" regime. | 1.70 |
| | 10/29/14 | ECS | Strategy conference with C. Webb regarding response to Motion to Dismiss; continued analysis of Vives opinion for use in response to Motion to Dismiss. | 1.10 |
| | 10/30/14 | CRW | Drafted portions of brief regarding Monell, statutory interpretation, and other matters; drafted statement of the case and statement of facts; email with D. Sigale. | 5.20 |
| | 10/30/14 | ECS | Continued analysis of authority relating to Official Policy requirement; draft language relating to the same for Response in Opposition to Motion to Dismiss; communicate with C. Webb regarding the same. | 1.60 |
| | 10/31/14 | CRW | Continued legal research and writing for brief in opposition to Motion to Dismiss, and reviewed correspondence from D. Sigale regarding same. | 2.60 |
| | 10/31/14 | LMK | Research regarding concealed carry permit application. | 0.30 |
| | 11/1/14 | CRW | Worked on issues raised by D. Sigale regarding arguments on Motion to Dismiss; communicate with E. Stone regarding same. | 0.40 |
| | 11/1/14 | ECS | Review and analyze potential benefits and drawbacks to statutory argument; communicate with C. Webb regarding the same. | 0.30 |
| | 11/2/14 | CRW | Composed email to D. Sigale and other follow up communications regarding arguments on Motion to Dismiss. | 0.90 |
| | 11/3/14 | CRW | Communications with A. Erteschik regarding motion for extension of time and reviewed and finalized same. | 0.30 |
| | 11/3/14 | LMK | Prepare motion for extension of time to respond to Motion to Dismiss. | 0.30 |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 11/5/14 | CRW | Telephone conference with D. Sigale regarding response brief and follow up regarding issues for brief. | 0.40 |
| 11/6/14 | LMK | Docket management regarding upcoming deadlines. | 0.10 |
| 11/7/14 | CRW | Reviewed email from D. Sigale and worked on points for response brief to Motion to Dismiss. | 1.10 |
| 11/8/14 | CRW | Drafted portions of response brief to Motion to Dismiss. | 0.50 |
| 11/9/14 | CRW | Drafted additional portions of brief in opposition to Motion to Dismiss. | 0.60 |
| 11/10/14 | CRW | Continued revisions to brief, discussed same with D. Sigale, completed briefing and exhibits, and filed same. | 3.40 |
| 11/10/14 | ECS | Review and analyze authority relating to constitutional protections afforded resident legal aliens; communicate with C. Webb regarding the same. | 0.60 |
| 11/10/14 | LMK | Revise and gather exhibits to notice and file. | 0.60 |
| 11/11/14 | CRW | Correspondence to client regarding response brief. | 0.20 |
| 11/13/14 | LMK | Review federal rules and prepare affidavit of service on behalf of C. Webb. | 0.70 |
| 11/14/14 | CRW | Reviewed the Sheriff's reply brief and follow up regarding same. | 0.40 |
| 11/14/14 | LMK | Revise and file affidavit of service regarding notice to AG. | 0.50 |
| 11/16/14 | CRW | Correspondence with D. Sigale regarding Motion for Preliminary Injunction. | 0.10 |
| 12/01/14 | CRW | Correspondence with D. Sigale regarding Motion for Preliminary Injunction. | 0.10 |
| 12/02/14 | CRW | Reviewed Reply Brief and provided comments on same. | 0.50 |
| 12/10/14 | CRW | Correspondence with D. Sigale and follow up with court. | 0.20 |
| 12/17/14 | CRW | Correspondence with D. Sigale and with client. | 0.20 |
| 01/05/15 | CRW | Received notice of hearing and discussed hearing prep with D. Sigale. | 0.40 |
| 01/06/15 | CRW | Telephone conference with F. Veasey and follow up with D. Sigale. | 0.30 |
| 01/07/15 | LMK | Docket management regarding upcoming hearing. | 0.70 |
| 01/19/15 | CRW | Worked on preparation for motions hearing. | 0.20 |
| 01/21/15 | CRW | Prepared for hearing on Motion for Preliminary Injunction. | 1.50 |
| 01/22/15 | CRW | Final prep for hearing, meeting with clients, attended/argued hearing, and follow up regarding same. | 2.50 |
| 01/23/15 | CRW | Reviewed court's order regarding amendment and follow up regarding same. | 0.40 |
| 01/23/15 | LMK | Review and docket court order. | 0.10 |
| 01/26/15 | CRW | Analyzed issue of proper state actor to add in amendment to complaint. | 0.50 |
| 01/26/15 | ECS | Confer with C. Webb regarding Order to name a State representative as a defendant. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/27/15 | ECS | Review Order regarding joinder of State; analyze legal authority and other materials relating to the same. | 0.80 |
| 01/29/15 | CRW | Telephone conference with F. Veasey regarding amendment. | 0.20 |
| 01/29/15 | CRW | Researched potential state officials as proper parties for amendment, drafted proposed allegations, and emailed D. Sigale regarding same. | 1.10 |
| 02/11/15 | CRW | Reviewed proposed amendment and follow up with D. Sigale regarding same. | 0.30 |
| 02/12/15 | CRW | Telephone call from F. Veasey and worked on summons/service of process issue. | 0.30 |
| 02/12/15 | LMK | Prepare summons on additional defendants. | 0.70 |
| 02/16/15 | LMK | Prepare and file summonses. | 0.80 |
| 02/18/15 | CRW | Follow up on service of process on state agents. | 0.20 |
| 02/18/15 | LMK | Prepare and serve summons and complaint on defendants. | 0.40 |
| 02/19/15 | CRW | Reviewed case authority regarding award of fees. | 0.20 |
| 02/20/15 | LMK | Review and docket motion to dismiss. | 0.10 |
| 02/27/15 | CRW | Reviewed information regarding service of process and follow up with co-counsel and client regarding same. | 0.20 |
| 02/27/15 | LMK | Review and docket response deadlines to amended complaint. | 0.10 |
| 03/02/15 | CRW | Worked on Affidavit of Service, renewed Motion for Preliminary Injunction and Response to renewed Motion to Dismiss. | 0.80 |
| 03/02/15 | LMK | Prepare affidavit of service; prepare Motion for Preliminary Injunction. | 1.20 |
| 03/03/15 | LMK | Prepare response in opposition to Motion to Dismiss. | 0.40 |
| 03/06/15 | CRW | Telephone call from and telephone call to paralegal with NC DOJ regarding extension of time; follow up with D. Sigale regarding same. | 0.30 |
| 03/09/15 | CRW | Communications with client and with counsel for State defendants. | 0.20 |
| 03/10/15 | CRW | Correspondence with S. Gerger regarding State defendants' response to Complaint and follow up with client regarding same. | 0.30 |
| 03/11/15 | CRW | Telephone call to H. Askins regarding response to Motion for Preliminary Injunction | 0.10 |
| 03/13/15 | CRW | Telephone conference with H. Askins regarding Motion for Preliminary Injunction and follow up with client regarding same. | 0.30 |
| 03/13/15 | CRW | Correspondence to D. Sigale regarding Motion for Preliminary Injunction. | 0.20 |
| 03/13/15 | CRW | Reviewed response to Motion to Dismiss and prepared same for filing. | 0.20 |
| 03/13/15 | LMK | Review and file response to Motion to Dismiss; prepare and file amended certificate of service. | 0.70 |
| 03/24/15 | CRW | Correspondence with H. Askins and follow up regarding briefing on Motion for Preliminary Injunction. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/25/15 | CRW | Received notice of hearing, communications to co-counsel and client regarding same, and worked on planning for hearing. | 0.50 |
| 03/25/15 | LMK | Docket court hearing. | 0.10 |
| 03/26/15 | CRW | Correspondence with D. Sigale regarding upcoming hearing. | 0.20 |
| 03/26/15 | LMK | Strategy session with C. Webb regarding upcoming hearing. | 0.10 |
| 03/27/15 | CRW | Correspondence with D. Sigale. | 0.20 |
| 04/03/15 | LMK | Review and docket regarding upcoming deadlines. | 0.10 |
| 04/07/15 | CRW | Worked on preparation for upcoming hearing. | 0.50 |
| 04/07/15 | LMK | Analysis of briefs in preparation for upcoming hearing. | 0.60 |
| 04/08/15 | CRW | Continued work on preparation for hearing; researched Equal Protection cases. | 1.60 |
| 04/10/15 | CRW | Analyzed 1983 issues for upcoming hearing. | 0.40 |
| 04/13/15 | CRW | Reviewed Eleventh Amendment case law. | 0.90 |
| 04/13/15 | JRP | Research and analyze cases regarding constitutional scrutiny of classifications based on alienage and review Second Amendment cases raising similar issues. | 1.00 |
| 04/14/15 | CRW | Continued preparation for hearing on Motion for Preliminary Injunction. | 0.40 |
| 04/15/15 | CRW | Continued preparation for hearing. | 0.30 |
| 04/16/15 | CRW | Completed preparation for hearing; attended hearing/argued motion. | 3.00 |
| 04/16/15 | CRW | Telephone conference with client as follow up from hearing. | 0.20 |
| 04/17/15 | CRW | Worked on legal theory for Sheriff being a "person" under 1983 based upon enforcement "person" under 1983 based upon enforcement of CHP statute. | 0.80 |
| 04/20/15 | CRW | Correspondence to D. Sigale regarding motion hearing follow up. | 0.20 |
| 04/20/15 | CRW | Telephone conference with client. | 0.20 |
| 04/24/15 | CRW | Reviewed proposed legislation in light of State's argument on Motion for Preliminary Injunction. | 0.40 |
| 04/24/15 | CRW | Read Order on Preliminary Injunction. | 0.30 |
| 04/24/15 | CRW | Telephone call to opposing counsel and follow up regarding same. | 0.20 |
| 04/27/15 | CRW | Worked on follow-up items to ruling on Motion for Preliminary Injunction. | 0.60 |
| 04/27/15 | CRW | Attention to extension of time. | 0.20 |
| 04/28/15 | CRW | Telephone call from F. Veasey regarding permit. | 0.20 |
| 05/01/15 | CRW | Email from and telephone call to client regarding permit application process. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/01/15 | CRW | Analyzed/researched issues for response briefs. | 1.00 |
| 05/04/15 | CRW | Correspondence with client regarding permit. | 0.20 |
| 05/04/15 | CRW | Review correspondence with D. Erteschik and follow up regarding same; telephone call with D. Sigale. | 0.60 |
| 05/06/15 | CRW | Correspondence with opposing counsel regarding motion responses. | 0.10 |
| 05/06/15 | CRW | Revised/finalized motions to extend time. | 0.20 |
| 05/07/15 | CRW | Review correspondence from opposing counsel regarding proposed motion, and follow up regarding the same. | 0.20 |
| 05/08/15 | CRW | Reviewed correspondence from opposing counsel and follow up with D. Sigale. | 0.40 |
| 05/11/15 | CRW | Worked on structure of argument for response to State's brief. | 0.30 |
| 05/11/15 | LMK | Analysis of motion to amend order. | 0.10 |
| 05/14/15 | CRW | Reviewed amended order and follow up with client regarding same. | 0.30 |
| 05/18/15 | CRW | Reviewed case authority cited in State defendants' brief and worked on Second Amendment argument. | 2.20 |
| 05/18/15 | LMK | Prepare draft response in opposition to Motion to Dismiss. | 1.70 |
| 05/19/15 | CRW | Revised Second Amendment/Equal Protection argument for response brief; reviewed and incorporated Eleventh Amendment argument; finalized brief; correspondence to client. | 2.30 |
| 05/19/15 | JRP | Continue research on 11th Amendment issue and read relevant case law to develop argument for response to Motion to Dismiss and draft argument for brief. | 1.00 |
| 05/19/15 | ECS | Revise Response in Opposition to State Defendants' Motion to Dismiss. | 0.70 |
| 05/19/15 | LMK | Review and file response in opposition to Motion to Dismiss. | 0.30 |
| 05/20/15 | CRW | Telephone call from client regarding permit. | 0.20 |
| 05/22/15 | CRW | Worked on filings and correspondence with opposing counsel. | 0.50 |
| 05/22/15 | LMK | Prepare and file amended response in opposition to Motion to Dismiss. | 0.70 |
| 05/27/15 | CRW | Reviewed Order regarding bond and followed up regarding same. | 0.20 |
| 05/27/15 | LMK | Prepare letter to clerk regarding security bond. | 0.30 |
| 06/09/15 | CRW | Telephone call to client and follow up with opposing counsel. | 0.50 |
| 06/10/15 | CRW | Telephone conference with D. Sigale. | 0.20 |
| 06/10/15 | CRW | Worked on follow up items from call with opposing counsel, and emailed D. Sigale regarding same. | 0.30 |
| 06/11/15 | CRW | Analyzed potential avenues for streamlining case / reaching a decision as a matter of law. | 0.60 |
| 06/19/15 | CRW | Correspondence with client regarding issuance of permit. | 0.20 |
| 06/25/15 | CRW | Correspondence with client regarding status of motions. | 0.30 |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/26/15 | CRW | Telephone conference with D. Erteschik and follow up regarding same. | 0.40 |
| 07/31/15 | CRW | Read order on Motion to Dismiss, and follow up correspondence to D. Sigale and to client. | 0.60 |
| 08/03/15 | CRW | Correspondence with D. Sigale. | 0.20 |
| 08/03/15 | CRW | Review text of and status of amendment to statutes regarding citizenship. | 0.70 |
| 08/04/15 | CRW | Telephone conference with D. Sigale and follow up regarding same; worked on issues regarding potential final judgment. | 0.80 |
| 08/07/15 | CRW | Follow up analysis of effect of amendment to NCGS 14-415.12. | 0.60 |
| 08/07/15 | CRW | Reviewed Motion to Dismiss (mootness) filings and planned response. | 0.70 |
| 08/10/15 | LMK | Prepare declaration of C. Webb in support of motion for attorneys fees; analysis of firearm laws. | 1.50 |
| 08/10/15 | CRW | Reviewed matters to be submitted to the court for fee motion and planned out filings. | 1.10 |
| 08/10/15 | CRW | Telephone conference with R. Zechini regarding legislative history of change in CHP statute, and follow up research regarding same. | 0.30 |
| 08/10/15 | CRW | Detailed review of time entries and expenses, and revisions to same, for exhibit to fee declaration. | 0.90 |
| 08/10/15 | CRW | Received voicemail from and email reply to A. Erteschik regarding scheduling order. | 0.10 |
| 08/11/15 | LMK | Prepare motion for attorneys fees. | 0.80 |
| 08/11/15 | CRW | Outlined brief in support of Motion for Attorney Fees and drafted portion of legal standard section of brief. | 0.60 |
| 08/11/15 | CRW | Developed facts to present to the court in support of Motion for Attorneys Fees. | 0.50 |
| 08/12/15 | CRW | Analyzed potential responses to Motion to Dismiss (Mootness). | 0.60 |
| 08/14/15 | CRW | Received email from C. Blake regarding fee affidavit, worked on issues regarding affidavit, and composed/sent email to C. Blake. | 0.20 |
| 08/14/15 | CRW | Telephone conference with D. Sigale regarding strategy for resolution of case. | 0.30 |
| 08/17/15 | CRW | Worked on potential affidavit from A. Gura. | 0.20 |
| 08/18/15 | LMK | Strategy session with C. Webb regarding brief for attorneys fees. | 0.10 |
| 08/18/15 | CRW | Worked on potential affidavit from A. Gura. | 0.90 |
| 08/18/15 | CRW | Correspondence to client regarding status of case and upcoming motion/motion response. | 0.10 |
| 08/18/15 | CRW | Reviewed proposed consent motion, and correspondence with opposing counsel regarding suggested modification | 0.20 |
| 08/18/15 | CRW | Conducted legal research and drafted response to Motion to Dismiss. | 0.70 |
| 08/20/15 | LMK | Analysis of attorneys fees. | 0.30 |
| 08/20/15 | CRW | Revised motion, brief, and declarations for motion for attorney fees. | 0.60 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/20/15 | CRW | Finalized Response to Motion to Dismiss. | 0.10 |
| 08/21/15 | LMK | Analysis of attorneys fees. | 0.70 |
| 08/21/15 | CRW | Reviewed correspondence from D. Sigale and follow up with L. Katz regarding same. | 0.20 |
| 08/24/15 | LMK | Analysis of time entries. | 2.50 |
| 08/24/15 | CRW | Reviewed information for inclusion in Sigale declaration. | 0.70 |
| 08/24/15 | CRW | Revised brief and supporting declarations for Motion for Attorney's Fees, and conducted additional research regarding lodestar factors. | 1.10 |
| 08/25/15 | ECS | Analyze authority relating to awardable costs under 1988; communicate with C. Webb regarding the same; draft Memorandum of Law in Support of Motion for Attorney Fees. | 2.10 |
| 08/25/15 | LMK | Email communication with F. Veasey; draft declaration; analysis of time entries. | 2.70 |
| | | | |
| | | **TOTAL HOURS:** | **129.40** |
| | | | |
| | | **TOTAL:** | **$49,347.50** |

## COSTS

| DESCRIPTION | AMOUNT |
|---|---|
| Filing Fee Clerk, U.S. District Court, Veasey et al. v. Wilkins, Jr. | $400.00 |
| Filing Fee Clerk, U.S. District Court: Security Bond | $1.00 |
| Westlaw | $940.50 |
| Pacer | $2.50 |
| **TOTAL COSTS** | **$1,344.00** |
| **TOTAL THIS STATEMENT** | **$50,691.50** |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )     Case No. 5-14-CV-369-BO |
| BRINDELL B. WILKINS, JR., in his official Capacity as Sheriff of Granville County, North Carolina, | ) ) ) ) ) |
| Defendant. | ) |

### STATEMENT OF TIME AND EXPENSE

4/16/14 **(0.1)** E-mail from SAF re: initial inquiry.

5/1/14 **(0.2)** Initial review of relevant NC statutes.

5/1/14 **(0.5)** Telephone conference with Dario Ciccarone re: he and his wife being possible Plaintiffs to case (0.3); Draft e-mail to Dario Ciccarone re: information about case and documents needed from wife and him (0.2).

5/17/14 **(0.1)** Review e-mail from Miko at SAF re: Felicity Taylor as possible Plaintiff.

5/23/14 **(0.4)** Telephone conference with client Veasey.

6/4/14 **(0.3)** Telephone conference with client Veasey re: information about case, necessary documents.

6/5/14 **(0.2)** Telephone conference with local counsel re: details of case, division of tasks, strategy.

6/6/14 **(0.2)** Follow-up e-mail to client Veasey re: necessary documents for case.

6/9/14 **(0.1)** Review client documents.

6/18-19/14 **(1.7)** Review statute at issues for other requirements (1.5); Research as to identity and locations of proper Defendants (0.2).

6/19/14 **(2.3)** Draft Complaint.

6/20/14 **(0.3)** E-mails with co-counsel re: non-feasibility of including state constitutional claim into lawsuit.

6/24/14 **(0.2)** E-mails with client Veasey re: edits, comments to Complaint.

6/25/14 **(1.3)** Draft Civil Cover Sheet (0.3); E-mails with client re: comments to Complaint (0.2); Telephone conference with Clerk of Court re: filing of Complaint (0.1); Draft Summons (0.2); Draft SAF's Corporate Disclosure Statement (0.2); E-mails with co-counsel re: final procedural details in preparation for filing Complaint (0.2); E-mails with co-counsel re: Judge draw (0.1).

6/26/14 **(0.1)** Review e-mail from co-counsel re: Order selecting case for mediation.

6/27/14 **(0.3)** Draft Appearance (0.2); Complete ECF registration (0.1).

6/30/14 **(0.2)** Review e-mail from client Veasey re: Defendant's website not allowing her to purchase firearm for home possession due to alienage (0.1); E-mails with SAF re: adding this as issue (0.1).

7/1/14 **(0.3)** E-mails with co-counsel re: adding "local" home possession ban as claim and amending Complaint (0.1); Telephone conference with co-counsel re: strategy as to issue (0.2).

7/5/14 **(0.1)** Review e-mail from co-counsel re: communication with Defendant's attorney, request to set up conference to discuss case.

7/8/14 **(0.1)** E-mails with co-counsel re: conference with Defendant's attorney, strategy as to "local" home possession ban issue.

7/10/14 **(1.1)** Telephone conference with co-counsel re: preparation for conference with Defendant's attorney, discussion of State AG notification issue (0.2); Telephone conference with Defendant's attorney re: "local" home possession ban and Defendant's agreement to remove offending language from website with statement it is not actual law or policy and was erroneously included, Defendant's agreement to accept service of process, litigation plan for remainder of case and possible settlement (0.7); E-mail to Defendant's attorney re: injunction language from other States, possible settlement, agreement to Defendant's request for extension to respond to Complaint (0.2).

7/14/14 **(0.3)** Review e-mail and *Lefemine* decision re: 1988 attorney fees from co-counsel (0.2); Review e-mail from Defendant's attorney (0.1).

7/22/14 **(0.3)** Review Acceptance of Service of Defendant; Review Defendant's Appearance (0.1); E-mails to Defendant's attorney re: website issue (0.2).

7/31/14 **(0.1)** Review letter by co-counsel to Attorney General re: required notice of challenge to statute's constitutionality.

8/6/14 **(0.2)** Telephone conference with Defendant's attorney re: possibility of settlement.

8/8/14 **(0.2)** Review Defendant's Motion for Extension of Time (Answer to Complaint) (0.1); Review Order of Court granting Motion for Extension of Time (Answer to Complaint) (0.1).

8/15/14 **(0.2)** Review e-mail from Defendant's attorney re: settlement, fee issue (0.1); Draft e-mail to co-counsel re: response to Defendant's e-mail (0.1).

8/18/14 **(0.3)** Review e-mail from co-counsel re: fee issue (0.1); Telephone conference with co-counsel re: litigation strategy (0.2).

8/19-20/14 **(0.2)** E-mails with Defendant's attorney re: their request for extension of time.

8/25/14 **(0.2)** Review Defendant's Second Motion for Extension of Time (Answer to Complaint) (0.1); Review Order of Court granting Second Motion for Extension of Time (Answer to Complaint) (0.1).

8/27/14 **(0.3)** E-mail and telephone conference with co-counsel re: litigation strategy, attorney's fees.

8/27-28/14 **(0.8)** Legal research to respond to Defendant's argument re: attorney fees.

9/9/14 **(1.4)** Draft correspondence to Defendant's counsel re: possible settlement, fee demand (1.0); E-mails with co-counsel re: edits and comments to response letter (0.4).

9/23/14 **(0.3)** Review correspondence from Defendant's attorney re: settlement, fee issue (0.1); Emails with co-counsel re: Defendant's attorney's correspondence (0.2).

9/24/14 **(0.8)** Review Defendant's Motion to Dismiss and Memorandum in Support (0.6); Telephone conference with client Veasey re: status (0.2).

9/25/14 **(0.3)** Review Affidavit and Proof of Service of Rule 5.1 (constitutionality challenge) Notice on Attorney General (0.1); Review correspondence from co-counsel to Defendant's attorney (0.1); Review correspondence from Defendant's attorney (0.1).

9/26/14 **(0.2)** Telephone conference with co-counsel re: litigation strategy.

10/8/14 **(0.1)** Telephone conference with co-counsel re: litigation strategy re: injunction, summary judgment.

10/9/14 **(0.3)** Draft Motion for Preliminary Injunction.

10/13/14 **(0.8)** Telephone conference with co-counsel re: Motion for Preliminary Injunction (0.2); Draft Declaration of Felicity Veasey (0.5); E-mail to client SAF re: Declaration for Motion for Preliminary Injunction (0.1).

10/14/14 **(0.2)** Draft Declaration of Julianne Versnel.

10/14-16/14 **(1.5)** Legal research for Memorandum for Preliminary Injunction.

10/16/14 **(7.0)** Draft Memorandum in Support of Motion for Preliminary injunction (6.7); E-mails with co-counsel re: edits and comments for Memorandum (0.3).

10/17/14 **(0.2)** Telephone conference with co-counsel re: Memorandum, litigation strategy.

10/20/14 **(0.1)** Review Motion for Extension of Time (Response to Motion to Dismiss) drafted by co-counsel.

10/21/14 **(0.1)** Review Order of Court granting Motion for Extension of Time (Response to Motion to Dismiss).

10/22/14 **(0.1)** E-mails with co-counsel re: client Veasey's Declaration for P.I. Motion.

10/24/14 **(0.1)** Draft e-mail to client Veasey re: Declaration for Preliminary Injunction Motion.

10/27/14 **(0.4)** E-mails with co-counsel re: Veasey Declaration (0.2); Telephone conference with co-counsel re: litigation strategy (0.2).

10/28/14 **(0.3)** Review e-mail from client Veasey re: Declaration for Preliminary Injunction Motion (0.1); E-mails with co-counsel re: Motion for Preliminary Injunction, litigation strategy (0.2).

10/29/14 **(0.4)** Telephone conference with co-counsel re: Response to Motion to Dismiss.

10/30/14 **(0.3)** E-mails with Defendant's counsel re: Amended Motion for Preliminary Injunction, briefing schedule (0.2); E-mail with co-counsel re: Response to Motion to Dismiss (0.1).

10/31/14 **(0.4)** Review North Carolina firearms law reference published by Attorney General for Response to Motion to Dismiss (0.2); E-mail to co-counsel re: Response to Motion to Dismiss (0.2).

11/3/14 **(0.5)** Review, analyze and edit Response to Motion to Dismiss.

11/5/14 **(0.4)** Draft Amended Motion for Preliminary Injunction (0.2); Telephone conference with co-counsel re: Response to Motion to Dismiss, litigation strategy (0.2).

11/6/14 **(0.1)** Review Order of court granting Motion for Extension of Time.

11/7/14 **(0.2)** Draft e-mail to co-counsel re: Response to Motion to Dismiss.

11/10/14 **(1.1)** Review Notice of Challenge to Constitutionality of State Statute (0.1); Additional legal research for Response to Motion to Dismiss (0.4); Review and edit latest draft of Response to Motion to Dismiss and e-mails with co-counsel re: same (0.6).

11/14/14 **(0.7)** Review required Affidavit of Notice of Challenge to Constitutionality of State Statute (0.1); Review Defendant's Response to Motion for Preliminary Injunction (0.1); Review and analyze Defendant's Reply in support of Motion to Dismiss (0.3); E-mails with co-counsel re: planned Reply brief for Preliminary Injunction, strategy re: oral arguments (0.2).

12/1/14 **(6.8)** Draft Reply in support of Motion for Preliminary Injunction.

12/2/14 **(0.2)** E-mails with co-counsel re: P.I. Reply brief.

12/3/14 **(0.8)** Draft Motion for Leave to File (0.6); Draft proposed Order on Motion for Leave to File (0.2).

12/5/14 **(0.1)** E-mails with co-counsel re: Motion for Leave to File (P.I. Reply brief).

12/11/14 **(0.1)** Review Defendant's Response to Motion for Leave to File Reply Brief.

12/16-17/14 **(0.1)** E-mails with co-counsel re: pending Motion for Leave to File, litigation strategy.

1/5/15 **(0.2)** Review Order of Court setting hearing date for Motion for Preliminary Injunction (0.1); E-mails with co-counsel re: scope of oral argument (0.1).

1/7/15 **(0.2)** Review Order of Court changing hearing date for Motion for Preliminary Injunction (0.1); Telephone conference with co-counsel re: hearing date change (0.1).

1/19/15 **(0.7)** Telephone conference with co-counsel re: litigation strategy for oral argument.

1/21/15 **(1.9)** Additional review of file materials to prepare for hearing (0.6); conferences with co-counsel and client to prepare for hearing (1.3).

1/22/15 **(1.7 + 7.4 Tr)** Review e-mail from client Veasey re: local crime statistics (0.2); Appear in Court for Motion for Preliminary Injunction (1.0 + 7.4 Tr); Conference with co-counsel re: court appearance, upcoming litigation strategy (0.5).

1/23/15 **(0.3)** Review Order of Court (0.1); Telephone conference with co-counsel re: litigation strategy (0.2).

1/29/14 **(0.7)** Draft Amended Complaint (0.5); Review e-mail and attachment from co-counsel re: revisions to draft of Amended Complaint (0.2).

2/10/15 **(0.1)** E-mail to co-counsel re: Amended Complaint.

2/11/15 **(1.1)** Research of North Carolina statutes in order to revise amended Complaint (0.5); E-mails with co-counsel re: Amended Complaint (0.1); Edit and file Amended Complaint (0.5).

2/11/15 **(0.2)** Draft e-mail status to clients.

2/17/15 **(0.2)** E-mails with Defendant's (Wilkins) attorney re: responsive pleadings to Amended Complaint.

2/18/15 **(0.1)** Review Defendant's (Wilkins) Motion to Dismiss.

3/6/15 **(0.1)** Review proposed Response to Defendant Wilkins' renewed Motion to Dismiss.

3/10/15 **(0.1)** Review State Defendants' Motion for Extension of Time.

3/13/15 **(0.1)** Review e-mail about companion *Messmer* case.

3/24/15 **(0.1)** Review Order of Court.

3/25/15 **(0.1)** Review Order of Court setting hearing on renewed Motion for Preliminary Injunction.

3/25-26/15 **(0.2)** E-mails with co-counsel re: upcoming P.I. hearing.

4/2/15 **(0.5)** Review and analyze State Defendants' Motion to Dismiss (0.3); E-mails with co-counsel re: upcoming hearing, State Defendants' Motion to Dismiss (0.2).

4/16/15 **(1.7 + 7.0 Tr)** Appear in Court for Motion for Preliminary Injunction (1.0 + 7.0 Tr); Conference with co-counsel and client re: hearing, litigation strategy (0.7).

4/24/15 **(0.2)** Review Order granting Preliminary Injunction.

4/24/15 **(0.1)** Status e-mail to SAF clients.

4/29/15 **(0.1)** Review Order of Court.

5/4/15 **(0.4)** Review letter from Defendants re: "scope of P.I. Order" (0.1); E-mail and telephone conference with co-counsel re: Defendants' letter (0.3).

5/6/15 **(0.1)** Review e-mail re: scope of P.I. Order.

5/8/15 **(0.3)** E-mails and telephone conference with opposing counsel and co-counsel re: Motion to Amend Preliminary Injunction Order.

5/19/15 **(0.3)** Review Response to State Defendants' Motion to Dismiss.

5/27/15 **(0.1)** Review Order of Court re: posting of bond.

5/28/15 **(0.4)** Begin to draft Motion for Permanent Injunction.

6/10/15 **(0.2)** Review e-mail and telephone conference with co-counsel re: litigation strategy, Motion for Permanent Injunction.

7/31/15 **(0.4)** Review Order on Motion to Dismiss (0.1); Review Discovery Plan (0.1); E-mails with co-counsel re: Response to Motion to Dismiss (0.2).

8/4/15 **(0.6)** Telephone conference with co-counsel re: litigation strategy (0.2); E-mails with co-counsel re: Response to Motion to Dismiss (0.2); Review proposed law affecting challenged statute (0.2).

8/7/15 **(0.3)** Review Motion to Dismiss (Subject Matter Jurisdiction) with exhibit (0.2); E-mail to client re: status of litigation (0.1).

8/10/15 **(0.1)** E-mails with co-counsel re: Response to Motion to Dismiss.

8/11/15 **(0.1)** E-mails with co-counsel re: Response to Motion to Dismiss.

8/14/15 **(0.4)** Telephone conference with co-counsel re: litigation strategy.

8/18/15 **(0.2)** Review Motion to Stay Discovery Plan (0.1); E-mails with co-counsel re: Response to Motion to Dismiss (0.1).

8/20/15 **(0.1)** Review Order of Court.

| TOTAL HOURS BILLED AT $500.00/hour: | 54.1 | $27,050.00 |
| TOTAL TRAVEL HOURS BILLED AT $250.00/hour: | 14.4 | $ 3,600.00 |

COSTS:                                                    $ 1,729.46

| | |
|---|---|
| Southwest Airlines (4/15-16/15) | $248.99 |
| Hotel (Country Inn & Suites – Raleigh) (4/15/15) | $115.97 |
| Tobacco Road Cafe – (Conference w/ co-counsel) | $ 52.21 |
| Parking for Midway Airport (4/15-16/15) | $ 30.00 |
| American Airlines – | $537.70 |
| (1/15/15 - $241.60 + $25) | |
| (1/22/14 - $246.10 + $25) | |
| Hotel | $346.53 |
| Hyatt Place Raleigh-Durham - $109.75 | |
| Holiday Inn Downtown Raleigh - $236.78 | |
| Food | $ 32.61 |
| Budget Rent A Car | $116.49 |
| Brasa – (Conference w/ client and co-counsel 1/21/15) | $119.96 |
| American Coach (Transportation to/from Airport) | $129.00 |

TOTAL FEES AND EXPENSES:                                   $32,379.46

**KIRSTEN MESSMER V. DONNIE HARRISON, ET AL.**
**EDNC CIVIL ACTION NO. 5:15-cv-00097-BO**

**ITEMIZED SERVICES BILL**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/04/15 | CRW | Meeting with K. Messmer to discuss facts of the case and plan for proceeding with suit; travel to/from meeting. | 1.00 |
| 03/06/15 | CRW | Telephone call from K. Messmer. | 0.10 |
| 03/07/15 | CRW | Drafted Complaint. | 1.50 |
| 03/07/15 | CRW | Began drafting declaration in support of Motion for Preliminary Injunction. | 0.30 |
| 03/07/15 | CRW | Drafted Memorandum in Support of Motion for Preliminary Injunction. | 1.70 |
| 03/08/15 | CRW | Communication with team regarding filing of Complaint and Motion for Preliminary Injunction. | 0.20 |
| 03/08/15 | CRW | Completed draft of Messmer declaration and emailed client regarding same. | 0.70 |
| 03/09/15 | CRW | Reviewed and responded to correspondence from client regarding declaration and upcoming proceedings. | 0.30 |
| 03/09/15 | CRW | Revised Complaint. | 1.00 |
| 03/09/15 | CRW | Revised Memorandum in Support of Motion for Preliminary Injunction. | 1.80 |
| 03/09/15 | CRW | Additional follow up with client regarding declaration. | 0.30 |
| 03/09/15 | CRW | Revised and finalized Motion for Preliminary | 0.40 |
| 03/09/15 | LMK | Review Complaint and prepare summonses and civil cover sheet. | 0.90 |
| 03/10/15 | CRW | Reviewed all pleadings, revised same, and discussed same with E. Stone. | 1.70 |
| 03/10/15 | CRW | Reviewed finalized Complaint and Summons. | 0.60 |
| 03/10/15 | CRW | Correspondence with client regarding filings. | 0.30 |
| 03/10/15 | CRW | Final review of Motion for Preliminary Injunction and Memorandum in Support, finalized same. | 0.90 |
| 03/10/15 | ECS | Review and revise Complaint, Motion for Preliminary Injunction, and supporting Memorandum; communicate with C. Webb regarding the same. | 1.50 |
| 03/10/15 | LMK | Revise and file all initial pleadings and motion and brief in support of Motion for Preliminary Injunction. | 3.50 |
| 03/10/15 | CVL | Research regarding Motion for Preliminary Injunction - KeyCite and QuoteCheck on Memo; also found WL cites and pulled 3 cases with Lexis cites and ran KeyCite and Quote Check on them. | 0.80 |
| 03/11/15 | CRW | Attention to filing of Notice of Appearance and financial disclosure. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/11/15 | LMK | Prepare and file Notice of Appearance and financial disclosure; prepare letter to forward with Complaint. | 0.80 |
| 03/12/15 | CRW | Attention to service of process, reviewed and signed letter, and correspondence to client regarding same. | 0.30 |
| 03/12/15 | LMK | Prepare letter and serve initial case pleadings on defendants. | 1.00 |
| 03/13/15 | CRW | Telephone conference with H. Askins regarding Motion for Preliminary Injunction. | 0.10 |
| 03/15/15 | CRW | Correspondence to NC DOJ regarding new filing and motion. | 0.10 |
| 03/23/15 | CRW | Reviewed service of process dates and upcoming deadlines. | 0.20 |
| 03/25/15 | CRW | Received notice of hearing, communications to client regarding same, and worked on planning for hearing. | 0.50 |
| 03/25/15 | LMK | Docket court hearing. | 0.10 |
| 03/26/15 | CRW | Reviewed/finalized Affidavit of Service. | 0.20 |
| 03/26/15 | CRW | Telephone conference with K. Messmer regarding upcoming hearing. | 0.30 |
| 03/26/15 | CRW | Telephone conference with opposing counsel regarding Sheriff's request for dismissal. | 0.20 |
| 03/26/15 | CRW | Reviewed applicable case law regarding award of fees under 42 USC 1988 and drafted letter to N. Ellis regarding same. | 0.80 |
| 03/26/15 | LMK | Prepare Affidavits of Service. | 0.70 |
| 03/26/15 | LMK | Strategy session with C. Webb regarding upcoming hearing. | 0.10 |
| 03/27/15 | CRW | Reviewed letter from N. Ellis and finalized response letter; follow up correspondence with D. Erteshik. | 0.50 |
| 03/27/15 | LMK | Revise and file Affidavits of Service. | 0.80 |
| 03/30/15 | CRW | Reviewed correspondence from client. | 0.10 |
| 04/02/15 | LMK | Docket management regarding upcoming deadlines. | 0.10 |
| 04/07/15 | CRW | Worked on preparation for upcoming hearing. | 0.50 |
| 04/07/15 | LMK | Analysis of briefs in preparation for upcoming hearing. | 0.60 |
| 04/08/15 | CRW | Continued work on preparation for hearing; researched Equal Protection Clause cases. | 1.60 |
| 04/08/15 | LMK | Analysis of briefs in preparation for upcoming hearing. | 0.50 |
| 04/10/15 | CRW | Correspondence with client regarding upcoming hearing. | 0.20 |
| 04/13/15 | CRW | Analyzed 1983 issues for upcoming hearing. | 0.40 |
| 04/13/15 | CRW | Reviewed Eleventh Amendment case law. | 0.90 |
| 04/13/15 | JRP | Research and analyze cases regarding constitutional scrutiny of classifications based on alienage and review Second Amendment cases raising similar issues. | 1.00 |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/14/15 | CRW | Continued preparation for hearing on Motion for Preliminary Injunction. | 0.40 |
| 04/15/15 | CRW | Continued preparation for hearing. | 0.30 |
| 04/16/15 | CRW | Completed preparation for hearing; attended hearing/argued motion. | 3.00 |
| 04/17/15 | CRW | Worked on legal theory for Sheriff being a "person" under 1983 based upon enforcement of CHP statute. | 0.80 |
| 04/17/15 | CRW | Correspondence with client regarding permit application process. | 0.20 |
| 04/20/15 | CRW | Reviewed correspondence from client and follow up regarding same. | 0.50 |
| 04/23/15 | CRW | Telephone conference with client. | 0.20 |
| 04/24/15 | CRW | Reviewed proposed legislation in light of State's argument on Motion for Preliminary injunction. | 0.40 |
| 04/24/15 | CRW | Correspondence with client regarding permit application process in light of potential ruling. | 0.20 |
| 04/24/15 | CRW | Read Order on Preliminary Injunction. | 0.30 |
| 04/24/15 | CRW | Telephone call to opposing counsel and follow up regarding same. | 0.20 |
| 04/25/15 | CRW | Additional correspondence with client and follow up regarding enforcement of order. | 0.40 |
| 04/26/15 | CRW | Correspondence regarding extension of time and issues related to Motion to Dismiss. | 0.30 |
| 04/27/15 | CRW | Correspondence with and telephone conference with client as follow up to ruling on Motion for Preliminary Injunction. | 0.80 |
| 04/27/15 | CRW | Attention to extension of time. | 0.20 |
| 04/28/15 | CRW | Correspondence with opposing counsel and follow up on motion for extension of time. | 0.40 |
| 04/29/15 | CRW | Telephone calls to/from K. Messmer regarding application process; telephone call to D. Erteschik; additional follow up. | 1.20 |
| 05/01/15 | CRW | Email from and telephone call to client regarding application process. | 0.20 |
| 05/01/15 | CRW | Analyzed/researched issues for response briefs. | 1.00 |
| 05/04/15 | CRW | Correspondence with client. | 0.20 |
| 05/04/15 | CRW | Review correspondence with D. Erteschik and follow up regarding same; telephone call with D. Sigale. | 0.60 |
| 05/06/15 | CRW | Correspondence with opposing counsel regarding motion responses. | 0.10 |
| 05/06/15 | CRW | Revised/finalized motions to extend time. | 0.20 |
| 05/07/15 | CRW | Reviewed correspondence from opposing counsel regarding proposed motion, and follow up regarding same. | 0.20 |
| 05/08/15 | CRW | Reviewed correspondence from opposing counsel and follow up regarding same. | 0.40 |
| 05/11/15 | CRW | Worked on structure of argument for response to State's brief. | 0.30 |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/11/15 | LMK | Analysis of motion to amend order. | 0.10 |
| 05/14/15 | CRW | Reviewed amended order and follow up with client regarding same. | 0.30 |
| 05/18/15 | CRW | Reviewed case authority cited in State defendants' brief and worked on Second Amendment argument. | 2.20 |
| 05/18/15 | JRP | Research and analyze issue of whether state defendants Governor, Attorney General, and Secretary of Public Safety are proper parties to action. | 0.30 |
| 05/18/15 | ECS | Confer with C. Webb regarding response deadlins and strategy relating to the same. | 0.20 |
| 05/18/15 | LMK | Prepare draft responses in opposition to Motion to Dismiss. | 1.70 |
| 05/19/15 | CRW | Revised Second Amendment/Equal Protection argument for response brief; reviewed and incorporated Eleventh Amendment argument; finalized brief; correspondence to client. | 2.30 |
| 05/19/15 | CRW | Reviewed/revised brief in response to Sheriff's motion. | 0.50 |
| 05/19/15 | JRP | Continue research on 11th Amendment issue and read relevant case law to develop argument for response to Motion to Dismiss and draft argument for brief. | 1.00 |
| 05/19/15 | ECS | Draft portions of Response in Opposition to Motion to Dismiss; Shepardize authority relating to the same. | 1.10 |
| 05/19/15 | LMK | Review and file responses in opposition to Motions to Dismiss. | 0.40 |
| 05/19/15 | CRW | Reviewed correspondence from client. | 0.30 |
| 05/20/15 | CRW | Correspondence with client. | 0.20 |
| 05/21/15 | CRW | Worked on filings and correspondence with opposing counsel. | 0.50 |
| 05/22/15 | CRW | Reviewed order regarding bond and follow up regarding same. | 0.20 |
| 05/22/15 | LMK | Prepare and file amended response in opposition to Motion to Dismiss. | 0.70 |
| 05/25/15 | CRW | Follow up regarding bond order. | 0.20 |
| 05/26/15 | LMK | Communicate and forward security bond to Clerk of Court. | 0.50 |
| 06/08/15 | CRW | Correspondence with client regarding status of permit and pending motions. | 0.20 |
| 06/10/15 | CRW | Worked on follow up items from call with opposing counsel. | 0.20 |
| 06/11/15 | CRW | Analyzed potential avenues for streamlining case / reaching a decision as a matter of law. | 0.60 |
| 06/19/15 | CRW | Correspondence with client regarding issuance of permit. | 0.20 |
| 06/22/15 | CRW | Reviewed correspondence from client regarding permit. | 0.10 |
| 06/25/15 | CRW | Correspondence with client regarding status of motions. | 0.30 |
| 06/26/15 | CRW | Telephone conference with D. Erteschik and follow up regarding same. | 0.40 |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/08/15 | CRW | Correspondence with client regarding permit renewal. | 0.20 |
| 07/31/15 | CRW | Read order in Veasey case and follow up correspondence to client. | 0.20 |
| 08/03/15 | CRW | Review text of and status of amendment to statutes regarding citizenship. | 0.70 |
| 08/03/15 | CRW | Correspondence with client and follow up regarding same. | 0.30 |
| 08/04/15 | CRW | Worked on issues regarding potential final judgment. | 0.30 |
| 08/05/15 | CRW | Received/reviewed Order on Motion to Dismiss and emailed client regarding same. | 0.30 |
| 08/07/15 | CRW | Follow up analysis of effect of amendment to NCGS 14-415.12. | 0.60 |
| 08/07/15 | CRW | Reviewed motions filings and planned response. | 0.70 |
| 08/10/15 | LMK | Prepare declaration of C. Webb in support of motion for attorneys fees; analysis of firearm laws. | 1.50 |
| 08/10/15 | CRW | Reviewed matters to be submitted to the court for fee motion and planned out filings. | 1.10 |
| 08/10/15 | CRW | Telephone conference with R. Zechini regarding legislative history of change in CHP statute, and follow up research regarding same. | 0.30 |
| 08/10/15 | CRW | Detailed review of time entries and expenses, and revisions to same, for exhibit to fee declaration. | 0.70 |
| 08/10/15 | CRW | Correspondence with client regarding case status, amendment of statute, and permit status. | 0.20 |
| 08/11/15 | LMK | Prepare motion for attorneys fees. | 0.70 |
| 08/11/15 | CRW | Outlined brief in support of Motion for Attorney Fees and drafted portion of legal standard section of brief. | 0.60 |
| 08/11/15 | CRW | Developed facts to present to the court in support of Motion for Attorneys Fees. | 0.50 |
| 08/12/15 | CRW | Analyzed potential responses to Motion to Dismiss (Mootness). | 0.60 |
| 08/14/15 | CRW | Received email from C. Blake regarding fee affidavit, worked on issues regarding affidavit, and composed/sent email to C. Blake. | 0.20 |
| 08/17/15 | CRW | Worked on potential affidavit from A. Gura. | 0.20 |
| 08/18/15 | LMK | Strategy session with C. Webb regarding brief for attorneys fees. | 0.10 |
| 08/18/15 | CRW | Reviewed Circuit case law regarding prevailing party under 1988 and revised portion of brief regarding same. | 0.90 |
| 08/18/15 | CRW | Correspondence to client regarding status of case and upcoming motion/motion response. | 0.10 |
| 08/18/15 | CRW | Conducted legal research and drafted response to Motion to Dismiss. | 0.40 |
| 08/19/15 | CRW | Reviewed correspondence from client. | 0.10 |
| 08/20/15 | CRW | Revised motion, brief, and declarations for motion for attorney fees. | 0.60 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/20/15 | CRW | Finalized Response to Motion to Dismiss. | 0.10 |
| 08/21/15 | LMK | Cost analysis on attorney time entries. | 0.70 |
| 08/22/15 | CRW | Correspondence with client. | 0.10 |
| 08/24/15 | CRW | Revised brief and supporting declarations for Motion for Attorney's Fees, and conducted additional research regarding lodestar factors. | 1.10 |
| 08/25/15 | LMK | Analysis of time entries; communicate with K. Messmer regarding contents of declaration; prepare declaration | 3.30 |
| 08/25/15 | CRW | Revised Gura declaration and drafted Webb declaration. | 0.60 |
| 08/25/15 | CRW | Revised fact section of brief in support of Motion for Attorney's Fees, added text to argument section of brief, and revised entire brief. | 0.50 |
| 08/25/15 | CRW | Correspondence with C. Blake and drafted Blake Declaration. | 0.40 |
| 08/25/15 | CRW | Revised Messmer declaration. | 0.20 |
|  |  |  |  |
|  |  | **TOTAL HOURS:** | **79.10** |
|  |  | **TOTAL:** | **$30,496.50** |

## COSTS

| DESCRIPTION | AMOUNT |
|---|---|
| Courier Service 04/20/2015 | $24.77 |
| Working Meals Camden Webb: Lunch with co-counsel David Sigale following motion hearing on 4/16/15 | $33.60 |
| Filing fee Clerk, U.S. District Court: 5:15CV97 - Messmer v. Harrison, et al. | $400.00 |
| Filing Fee Clerk, U.S. District Court: Security Bond | $1.00 |
| Westlaw | $94.00 |
| Pacer | $29.70 |
| **TOTAL COSTS** | **$583.07** |
| **TOTAL** | **$31,079.57** |