IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FELICITY M. VEASEY and<br>SECOND AMENDMENT FOUNDATION, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>BRINDELL B. WILKINS, JR., in his official Capacity as Sheriff of Granville County, North Carolina,<br><br>      Defendant. | Case No. 5:14-CV-369-BO |

**[PROPOSED] ORDER GRANTING PLAINTIFFS EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' 42 U.S.C. § 1988 PETITION FOR ATTORNEYS' FEES**

This matter is before the Court upon Plaintiffs' Unopposed Motion for an extension of time to file their Reply to Defendant's Response to Plaintiffs' 42 U.S.C. § 1988 Petition for Attorneys' Fees.

For good cause shown, IT IS ORDERED that the Plaintiffs are granted 7 days, until January ____, 2016, to file their Reply brief.

This ____ day of January, 2016.

 

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NORTH CAROLINA