IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:14-cv-00369-BO

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRINDELL B. WILKINS, JR., in his official Capacity as Sheriff of Granville County, North Carolina, PAT McCRORY, in his Official Capacity as Governor of North Carolina, ROY COOPER, in his Official Capacity as Attorney General of North Carolina, and FRANK L. PERRY, in his Official Capacity as Secretary of the North Carolina Department of Public Safety, <br><br> Defendants. | **SECOND SUPPLEMENTAL DECLARATION OF CAMDEN R. WEBB IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES** |

I, Camden R. Webb, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18 and am competent to make this Declaration. I have personal knowledge of the facts stated herein.

2. I am submitting this supplemental affidavit to reflect time expended representing Plaintiffs from September 1, 2015 through January 14, 2016.

3. From September 1, 2015 to January 14, 2016, I and members of Williams Mullen spent 28.90 hours representing the Plaintiffs in this matter. The total fees as of January 14, 2016 are $10,054.50. The legal work for these hours is detailed in **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

This the 14th day of January, 2016.

_____
CAMDEN R. WEBB

# CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James C. Wrenn, Jr. – jcw@hopperhickswrenn.com
Andrew H. Erteschik – aerteschik@poynerspruill.com
David G. Sigale – dsigale@sigalelaw.com
Hal F. Askins – haskins@ncdoj.gov
J. Joy Strickland – jstrickland@ncdoj.gov

    WILLIAMS MULLEN

    BY: /s/ Camden R. Webb
    Camden R. Webb
    N.C. State Bar No. 22374
    crwebb@williamsmullen.com
    P. O. Box 1000
    Raleigh, North Carolina 27602
    Telephone: (919) 981-4000
    Facsimile: (919) 981-4300
    *Local Civil Rule 83.1 Counsel for Plaintiffs*

    LAW FIRM OF DAVID G. SIGALE, P.C.

    BY: /s/ David G. Sigale
    IL Bar No. 6238103
    dsigale@sigalelaw.com
    799 Roosevelt Road, Suite 207
    Glen Ellyn, IL 60137
    Telephone: (630) 452-4547
    Facsimile: (630) 596-4445
    *Counsel for Plaintiffs*
    *Admitted Pro Hac Vice*

3

Case 5:14-cv-00369-BO   Document 84-1   Filed 01/14/16   Page 3 of 3