# EXHIBIT A

FELICITY TODD VEASEY, ET AL. V. BRINDELL B. WILKINS, JR., ET AL.
EDNC CIVIL ACTION NO.: 5:14-cv-00369-BO

ITEMIZED SERVICES BILL

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/01/15 | Telephone conference with D. Erteschik. | CRW | 0.20 | $92.00 |
| 09/03/15 | Worked on issues raised by D. Erteschik in 8-31 phone conference. | CRW | 0.10 | $46.00 |
| 09/10/15 | Communicate with clerk; file amended Declaration of A. Gura. | LMK | 0.30 | $58.50 |
| 10/13/15 | Reviewed issues regarding potential intervention by the State of North Carolina, and meeting with D. Erteschik regarding same. | CRW | 0.40 | $184.00 |
| 10/15/15 | Review and docket motion to intervene. | LMK | 0.20 | $39.00 |
| 10/16/15 | Reviewed brief and follow up with Clerk's office. | CRW | 0.40 | $184.00 |
| 10/19/15 | Outlined response to Motion to Intervene and drafted portions of response. | CRW | 1.10 | $506.00 |
| 10/20/15 | Conducted legal research for inclusion in | CRW | 1.60 | $736.00 |

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| | response to Motion to Intervene; discussed response with J. Pope. | | | |
| 10/20/15 | Edit and revise response in opposition to Government's motion to intervene and file opposition to motion for attorneys' fees out of time. | JRP | 1.60 | $536.00 |
| 10/21/15 | Revised and finalized response brief. | CRW | 0.90 | $414.00 |
| 10/21/15 | Reviewed filings by Sheriff's defendant and follow up regarding same. | CRW | 0.40 | $184.00 |
| 10/21/15 | Review and file response in opposition to motion to intervene. | LMK | 0.40 | $78.00 |
| 10/22/15 | Reviewed current status of case / amount of fees; emailed C. Whitehead regarding potential resolution of case. | CRW | 0.10 | $46.00 |
| 10/27/15 | Received voicemail and email from C. Whitehead and follow up regarding same. | CRW | 0.20 | $92.00 |
| 11/02/15 | Review issues for potential Reply Brief. | CRW | 0.20 | $92.00 |
| 11/03/15 | Review the State's Reply Brief. | CRW | 0.20 | $92.00 |
| 12/03/15 | Reviewed order dismissing case and allowing intervention. | CRW | 0.20 | $92.00 |
| 12/03/15 | Review and docket Order and Judgment. | LMK | 0.20 | $39.00 |
| 12/28/15 | Reviewed brief in opposition to Motion for Attorney's Fees and noted issues regarding same. | CRW | 0.40 | $184.00 |
| 12/28/15 | Review state's response to motion for attorneys' fees and cases cited by Government relating to section 1988. | JRP | 1.00 | $335.00 |

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/31/15 | Discussed Reply Brief with J. Pope. | CRW | 0.10 | $46.00 |
| 01/04/16 | Draft reply in support of motion for attorneys' fees. | JRP | 0.50 | $167.50 |
| 01/05/16 | Draft reply in support of attorneys' fees and incorporate research showing Smyth's holding is questionable in light of Lefemine and decisions from other circuit courts. | JRP | 2.70 | $904.50 |
| 01/06/16 | Attention to extension of time. | CRW | 0.10 | $46.00 |
| 01/06/16 | Complete draft of reply in support of motion for attorneys' fees and section regarding reasonableness of fees and add additional research on prevailing party issue. | JRP | 4.10 | $1,373.50 |
| 01/07/16 | Reviewed Reply Brief and discussed same with J. Pope. | CRW | 0.60 | $276.00 |
| 01/07/16 | Research and analyze case law regarding whether party may recover fees connected with litigation over obtaining fees. | JRP | 0.60 | $201.00 |
| 01/08/16 | Reviewed case law regarding lodestar calculation and revised Reply Brief. | CRW | 1.10 | $506.00 |
| 01/11/16 | Reviewed and revised supplemental declaration supporting attorney's fees. | CRW | 0.30 | $138.00 |
| 01/11/16 | Drafted portion of brief regarding reasonableness of rates. | CRW | 0.30 | $138.00 |
| 01/11/16 | Prepare second supplemental declaration of C. Webb in support of attorney's fees. | LMK | 1.40 | $273.00 |
| 01/12/16 | Final revision to brief and follow up with J. Pope regarding same. | CRW | 0.40 | $184.00 |
| 01/12/16 | Telephone call to D. Sigale. | CRW | 0.30 | $138.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/12/16 | Review, revise and cite check reply in support of attorneys' fees. | PRJ | 0.70 | $234.50 |
| 01/12/16 | Revise C. Webb declaration and itemized billing exhibit; communicate with D. Sigale regarding the same. | LMK | 0.60 | $117.00 |
| 01/13/16 | Correspondence with D. Sigale. | CRW | 0.10 | $46.00 |
| 01/13/16 | Revise itemized billing exhibit; communicate with D. Sigale regarding the same. | LMK | 1.40 | $273.00 |
| 01/14/16 | Additional revisions to Reply Brief. | CRW | 0.30 | $138.00 |
| 01/14/16 | Final review / finalization of Reply Brief and declarations, and supervised filing of same. | CRW | 0.70 | $322.00 |
| 01/14/16 | Review correspondence from D. Sigale and follow up regarding the same. | CRW | 0.50 | $230.00 |
| 01/14/16 | Prepare D. Sigale's supplemental declaration; revise and update C. Webb declaration and itemized billing exhibit; prepare and file reply brief with exhibits. | LMK | 1.40 | $273.00 |

**TOTAL FOR SERVICES**     $10,054.50