IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:14-cv-00369-BO

FELICITY M. TODD VEASEY and )
SECOND AMENDMENT FOUNDATION, )
INC., )
                    Plaintiffs, )
)
v. )
)
BRINDELL B. WILKINS, JR., in his official )   **SUPPLEMENTAL DECLARATION**
Capacity as Sheriff of Granville County, North )   **OF DAVID SIGALE IN SUPPORT**
Carolina, PAT McCRORY, in his Official )   **OF MOTION FOR**
Capacity as Governor of North Carolina, )   **ATTORNEY'S FEES**
ROY COOPER, in his Official Capacity as )
Attorney General of North Carolina, and )
FRANK L. PERRY, in his Official Capacity as )
Secretary of the North Carolina Department of )
Public Safety, )
                    Defendants. )

    I, DAVID G. SIGALE, am competent to state and declare the following based on my personal knowledge.

    1.    I am over the age of 18 and am competent to make this Declaration. I have personal knowledge of the facts state herein.

    2.    I am submitting this supplemental affidavit to reflect time expended representing Plaintiffs from August 24, 2015 through January 13, 2016.

    3.    From August 24, 2015 through January 13, 2016, I spent 9.0 hours representing the Plaintiffs in this matter. The total supplemental fees as of January 13, 2016 are $4,500.00. The legal work for these hours is detailed in **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This the 14th day of January, 2016.

_____
DAVID G. SIGALE

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James C. Wrenn, Jr. – jcw@hopperhickswrenn.com
Andrew H. Erteschik – aerteschik@poynerspruill.com
David G. Sigale – dsigale@sigalelaw.com
Hal F. Askins – haskins@ncdoj.gov
J. Joy Strickland – jstrickland@ncdoj.gov

WILLIAMS MULLEN

BY: /s/ Camden R. Webb
Camden R. Webb
N.C. State Bar No. 22374
crwebb@williamsmullen.com
P. O. Box 1000
Raleigh, North Carolina 27602
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
*Local Civil Rule 83.1 Counsel for Plaintiffs*

LAW FIRM OF DAVID G. SIGALE, P.C.

BY: /s/ David G. Sigale
IL Bar No. 6238103
dsigale@sigalelaw.com
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
Telephone: (630) 452-4547
Facsimile: (630) 596-4445
*Counsel for Plaintiffs*
*Admitted Pro Hac Vice*