# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FELICITY M. TODD VEASEY and )
SECOND AMENDMENT FOUNDATION, )
INC., )
                                                      )
        Plaintiffs, )
v. )    Case No. 5-14-CV-369-BO
                                                      )
BRINDELL B. WILKINS, JR., in his official )
Capacity as Sheriff of Granville County, )
North Carolina, )
                                                      )
        Defendant. )

## SUPPLEMENTAL STATEMENT OF TIME AND EXPENSE

8/24/15 **(2.2)** Draft Declaration in support of Fee Petition (1.6); Prepare Statement of Time and Expense for Fee Petition (0.6).

8/26/15 **(0.2)** Edit and revise Declaration for filing.

8/28/15 **(1.0)** Review for editing Motion for Attorney's Fees (0.1) and Memorandum in Support, including supporting Declarations (0.7); Review for editing Response to Motion to Dismiss (0.2).

9/8/15 **(0.1)** Review Defendants' Motion for Extension of Time.

9/10/15 **(0.1)** Review corrected Declaration of Alan Gura for Fee Petition.

9/15/15 **(0.1)** Review Order of Court.

10/8/15 **(0.1)** Review Defendants' Motion for Extension of Time.

10/13/15 **(0.1)** Review Order of Court.

10/15/15 **(0.3)** Review State's Motion to Intervene and for Extension of Time, and Memorandum for same.

10/21/15 **(0.6)** Review Defendant's Reply in Support of Motion to Dismiss (0.1); Review Defendant's Response to Fee Petition (0.1); Review for editing Response to State's Motion to Intervene (0.3); Review Order of Court (0.1).

11/2/15 **(0.2)** Review State's Reply for its Motion to Intervene and for Extension of Time.

12/02/15 **(0.2)** Review Order and Judgment of Court.

12/21/15 **(0.8)** Review State's Response to Plaintiffs' Fee Petition. Including exhibits.

1/6/16 **(0.2)** E-mails with co-counsel re: Reply in support of Fee Petition, Motion for Extension (0.1); Telephone conference with Charles Whitehead at Attorney General's Office re: agreement for extension of time for Fee Petition Reply Brief (0.1).

1/7/16 **(1.0)** Draft Motion for Extension of Time for Fee Petition Reply Brief (0.3) and Proposed Order for same (0.2); Review for editing Reply brief in Support of Fee Petition (0.5).

1/8/16 **(0.1)** Review Order of Court.

1/12/16 **(0.2)** Telephone conference with co-counsel re: Reply Brief for Fee Petition.

1/13/16 **(1.5)** Legal research re: Reply brief for Fee Petition (1.0); E-mail to co-counsel re: Reply brief for Fee Petition (0.2); Draft Supplemental Statement of Fees (0.3).

TOTAL SUPPLEMENTAL HOURS BILLED AT $500.00/hour:   9.0                     $ 4,500.00

TOTAL SUPPLEMENTAL FEES:                                                              $ 4,500.00