UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| SHERIFF DONNIE HARRISON, *in his Official capacity as Sheriff of Wake County, North Carolina*, FRANK L. PERRY, ROY COOPER, and PAT MCCRORY, | ) ) ) ) ) | 5:14-CV-369-BO |
| Defendants, | ) ) | |
| STATE OF NORTH CAROLINA, | ) ) | |
| Intervenor. | ) ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs' motion for attorney's fees and costs [DE 64] is GRANTED in the amount of $92,035.00 in fees and $3,073.46 in costs.

**This judgment filed and entered on January 26, 2016, and served on:**
David G. Sigale (via CM/ECF Notice of Electronic Filing)
Camden R. Webb (via CM/ECF Notice of Electronic Filing)
Andrew H. Erteschik (via CM/ECF Notice of Electronic Filing)
James C. Wrenn, Jr. (via CM/ECF Notice of Electronic Filing)
Hal F. Askins (via CM/ECF Notice of Electronic Filing)
Charles G. Whitehead (via CM/ECF Notice of Electronic Filing)



January 26, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk